# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: GROUPON, INC., MARKETING AND SALES PRACTICES LITIGATION, | CASE NO. 11md2238 DMS(RBB)<br><br>**ORDER SETTING DATES** |

A telephonic conference was held on June 23, 2011. John Stoia, Rachel Jensen, Phong Tran, Christopher Carney and Julio Ramos appeared on behalf of Plaintiffs, and Shirli Weiss and Christopher Young appeared on behalf of Defendants. After consulting with counsel and being advised of the status of the case, IT IS HEREBY ORDERED:

1. The Court declines to impose a stay on this case pending settlement discussions.

2. In *Arliss*, Plaintiffs shall file their motion to remand on or before **June 24, 2011**. Prior to filing the motion, counsel shall contact this Court's chambers to obtain a hearing date.

3. All discovery related to the arbitration clause shall be completed on or before **September 22, 2011**. Counsel shall meet and confer on a Joint Discovery Plan for discovery related to the arbitration clause, and shall submit a Joint Discovery Plan to Magistrate Judge Ruben B. Brooks on or before **July 1, 2011**. The Joint Discovery Plan should outline any disagreements between counsel, and should be lodged directly in Judge Brooks' chambers. As suggested by counsel, it is anticipated that the parties will be subject to only one deposition, to include all arbitration-, class- and merits-related matters.

/ / /

- 1 -

4. Defendants shall file their motion to compel arbitration on or before **October 24, 2011**. Plaintiffs shall file their opposition to the motion on or before **November 23, 2011**. Defendants shall file their reply on or before **December 8, 2011**. The motion shall be heard on **December 16, 2011**, at **1:30 p.m.**

5. Anticipating a ruling on the motion to compel arbitration, Plaintiffs shall file a Consolidated Amended Complaint ("CAC") on or before **February 3, 2012**.

6. Defendants shall file their response to the CAC on or before **March 5, 2012**.

7. Any motion to join other parties, to amend the pleading, or to file additional pleadings shall be filed within sixty (60) days of the filing of Defendants' Answer.

8. Plaintiffs' motion for class certification shall be filed within 120 days of the filing of Defendants' Answer. The Court will issue a briefing schedule on the motion for class certification, which will include staggered deadlines to identify and produce expert witness reports and a deadline to file *Daubert* motions, at a later date.

9. All remaining class and merits discovery shall be completed within six (6) months of the filing of the CAC.

10. All expert discovery shall be completed within sixty (60) days of the discovery cut-off.

11. All other dispositive motions, excluding motions *in limine*, shall be filed within sixty (60) days of the expert discovery cut-off.

12. Counsel should be prepared to make their *Lexicon* decision within sixty (60) days of the discovery cut-off.

13. A trial date will be set approximately eighteen (18) months from the June 23, 2011 status conference.

14. A further telephonic status conference shall be held on **July 28, 2011**, at **2:00 p.m.**, with status reports to be filed by close of business on **July 26, 2011**. Appearance at the conference can be arranged through Tele-Court, a private service provider, at www.tele-court.com. For additional information, counsel may contact Tele-Court at (800) 924-5680. Counsel shall submit status reports to the Court's e-mail address, which is efile_sabraw@casd.uscourts.gov.

///

14. The dates, times and deadlines set forth herein will not be modified except for good cause shown.

**IT IS SO ORDERED**.

DATED: June 24, 2011

HON. DANA M. SABRAW
United States District Judge