May 29, 2012

United States District Court for the Southern District of California
940 Front Street, Courtroom 10
San Diego, California 92101-8900

Re: **Case No. 3:11-md-02238-DMS-RBB**
Objecting to the Settlement

FILED
12 JUN 11 AM 11: 10
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

NUNC PRO TUNC
JUN 0 8 2012

Dear United States District Court for the Southern District of California:

I object to the ENTIRE Groupon Voucher Settlement Class because the motive behind all of this is for financial gain of the Attorneys. Also, the terms of the Groupon Vouchers are clear and the expirations of the vouchers are clear.

Our court system is being flooded with cases such as these that take up the time of much more important cases. Most persons who purchased vouchers **do not have or want to spend the time to write a letter such as this to object**, and then these types of cases get to go through court.

The terms of the Groupon Vouchers are clear and the expirations of the Groupons are clear. I would say consumers of the Groupon Voucher do not have complaint to the terms of the voucher. The vouchers benefit consumer and business.

The portion that Class Members could receive from this settlement won't be substantial to matter to them. This Settlement Class mainly would profit the attorneys involved.

This Settlement Class is not moral. Also this Settlement Class would stunt the economy and business.

Again, the terms of the Groupon Vouchers are clear and the expirations of the vouchers are clear.

Sincerely,

Phuong Wolkiewicz
Groupon Voucher Purchaser