UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: GROUPON, INC., MARKETING AND SALES PRACTICES LITIGATION | CASE NO. 3:11-md-2238-DMS-RBB<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DATE SET FOR HEARING ON FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND RELATED DATES**<br><br>Judge: Hon. Dana M. Sabraw<br>Courtroom: 10 |

-1-

3:11-md-DMS-RBB

This Court, having reviewed the Joint Motion and Stipulation to Continue Hearing on Final Approval of Class Action Settlement and Related Dates, and good cause appearing,

**IT IS HEREBY ORDERED** that the date set for the Hearing on Final Approval of the Class Action Settlement is continued to August 31, 2012, at 1:30 p.m. Related dates are continued as follows:

- **July 27, 2012:** Opt out and objection deadline.
- **August 3, 2012**: Deadline for Rust Consulting to provide Class Counsel and Defendants' Counsel with list of timely Requests for Exclusion.
- **August 10, 2012**: Last day to file papers in support of settlement.
- **August 24, 2012**: Last day to respond to objections.
- **August 24, 2012**: Last day for Rust Consulting to file proof of compliance with Notice Program.

**IT IS SO ORDERED.**

Dated:  July 2, 2012

_____
UNITED STATES DISTRICT COURT JUDGE
HON. DANA M. SABRAW