DANIEL J. HALL
710 N. MESQUITE ST.
CORPUS CHRISTI, TEXAS 78401
TELEPHONE: (361) 239-8720
EMAIL: halldanielj@gmail.com

FILED
12 JUL -5 PM 3: 31

July 3, 2012

Clerk-United States District Court
For the Southern District of California
940 Front Street
Courtroom 10
San Diego, California 92101-8900

NUNC PRO TUNC

JUL 05 2012

RE: *In RE Groupon Marketing and Sales Practices Litigation*, MDL No. 2238

Dear Clerk:

I purchased or received a Groupon Voucher issued for redemption in the United States between November 1, 2008 and December 1, 2011, I am not included in any of the exclusions listed on the notice, and I wish to object to the proposed class action settlement. The notice I received by email is attached as Ex. A.

My particulars are as follows:

    Full Name:    Daniel J. Hall
    Address:      1001 Harbor Lights Drive
    Telephone Number: (361) 239-8720
    Email Registered With Groupon Purchase: halldanielj@gmail.com

I am not coming to the final hearing, and I am pro se at this time.

I object to the class settlement because attorneys' fees are too high, because the amount is not adequate to settle this case, and because the expenses are too much. I object to the fact that this case seems to involve too many different state law claims to consolidate as a class action, including typicality, predominance, and I object to having to provide a proof of purchase. I received a class notice sent to me and Groupon clearly has the information that I am in the class, this is an unnecessary requirement to object and I object to it.

I object that any funds should go to a cy pres charity fund – I have nothing against charities but if that money can be distributed to the class members who suffered harm it should not go to charity.

Very truly yours,

Daniel Hall

Court
July 3, 2012
Page 2 of 2

John J. Stoia, Jr.                          *Via First Class Mail*
Robbins Gellar Rudman & Dowd, LLP
655 West Broadway, Ste. 1900
San Diego, CA 92101

Shirli F. Weiss                             *Via First Class Mail*
DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101

From: **Groupon Settlement Administrator** <notice@grouponvouchersettlement.vertismail.com>
Date: Tue, May 22, 2012 at 12:53 PM
Subject: Notice of Class Action Settlement Regarding Groupon Vouchers
To: halldanielj@gmail.com

### An Important Notice About a Class Action Settlement Involving Groupon Vouchers

IF YOU PURCHASED A GROUPON VOUCHER BETWEEN NOVEMBER 1, 2008 AND DECEMBER 1, 2011
FOR REDEMPTION IN THE UNITED STATES,
YOU MAY BE ELIGIBLE FOR BENEFITS FROM THE SETTLEMENT

A proposed settlement has been reached in a class action lawsuit concerning Groupon vouchers. You may be a member of the class whose rights may be affected by this lawsuit. **The sole purpose of this notice is to inform you of the lawsuit and the settlement so that you may decide what steps to take in relation to it.**

More information regarding the settlement, your rights under the settlement, instructions on how to be excluded from the settlement or object to the settlement, and a form to fill out to obtain settlement benefits are available here: www.grouponvouchersettlement.com

**Please visit the website linked above to obtain important information regarding the settlement and your rights.**

If the settlement is approved, class members who complete and return a claim form may be eligible to receive a Settlement Voucher entitling them to redeem unused Groupon vouchers purchased between November 1, 2008 and December 1, 2011 for redemption in the United States that are past their stated expiration date. Settlement Vouchers may be redeemed at the location of the merchant identified on the voucher, for goods and/or services equal to the purchase price of the voucher. Rather than seeking a settlement benefit, you may choose to exclude yourself from the settlement. **There are deadlines associated with the choices you may make regarding the settlement. The last day to exclude yourself from the settlement or to object to the settlement is July 6, 2012.**



Ex. A