Brett L. Gibbs, Esq. (SBN 215000)
38 Miller Avenue, #263
Mill Valley, CA  94941
415-325-5900

*Attorney for Objector,
Padraigin Browne*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GROUPON MARKETING AND SALES PRACTICES LITIGATION<br>———————————————————<br>Padraigin Browne,<br>    *Objector.* | No. 3:11-md-02238-DMS-RBB<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR OBJECTOR PADRAIGIN BROWNE**<br><br>Judge:   Hon. Dana M. Sabraw |

PLEASE TAKE NOTICE that Brett L. Gibbs is hereby appearing as counsel for Objector PADRAIGIN BROWNE in this matter and should be put on notice via electronic service through the CM/ECF system.

DATED:   July 6, 2012

By:     /s/  Brett L. Gibbs, Esq.

Brett L. Gibbs, Esq. (SBN 251000)
38 Miller Avenue, #263
Mill Valley, CA 94941
*Attorney for Objector, Padraigin Browne*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on **July 6, 2012**, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's ECF system.

/s Brett Gibbs