Julie Simmons
1237 Misty Isle Drive
Memphis, Tenn. 38103
(256) 682-5769
Re: Groupon Settlement Class

NUNC PRO TUNC

JUL 19 2012

FILED
2012 JUL 23  AM 10: 22

United States District Court for the Southern District of California
940 Front Street, Courtroom 10
San Diego, California  92101-8900

Dear Sir,                                                      7/14/2014

Please note that I object to the Settlement Class in Groupon Marketing and Sales Practices Litigation, MDL No. 2238. I have purchased many Groupons and have always received excellent customer service as well as instructions on 'when' and 'how-to' use Groupons. That being stated, I do not believe in this lawsuit or the claims against Groupon. I do not intend to appear at the final hearing.

My contact information is: Julie Simmons
                           1237 Misty Isle Drive
                           Memphis, Tenn. 38103
                           (256) 682-5769
                           hayjuli@hotmail.com

Please see attached proof of purchase.

                                        Sincerely,
                                        Julie Simmons
                                        Julie Simmons, AIA

cc: John J. Stoia Jr.
    Shirli F. Weiss

My Groupons - Mozilla Firefox

File Edit View History Bookmarks Tools Help

Groupon Voucher Settlement ... | My Groupons

groupon.com | https://www.groupon.com/users/julie-hay/groupons/all

how to screen print

Most Visited | Hotmail - hayjuli@hotm... | Getting Started | Latest Headlines

GROUPON

# My Stuff

Groupon Bucks balance: $11.00
Redeem a gift card

My Groupons | My Cards | My Account | My Profile | My Email Subscriptions

**Show:** All

**Sort by:** Expiration date | Purchase date | Business name

| | | | |
|---|---|---|---|
| Expired On Apr 27, 2012 | Just Cupcakes<br>Purchased: Oct 24, 2011<br>View order details | $12 Groupon | Redeemed |
| Expired On Apr 27, 2012 | Just Cupcakes<br>Purchased: Oct 24, 2011<br>View order details | 2-Dozen Mini Cupcakes (a $28 value) | Redeemed |
| Expired On Oct 31, 2011 | Sonoma Wine Bar & Bistro<br>Purchased: Jun 21, 2011<br>View order details | $40 Groupon to Sonoma Wine Bar & Bistro | Redeemed |
| Expired On Nov 20, 2011 | Buggy Bathe Auto Wash & Detail Shoppe<br>Purchased: May 18, 2011<br>View order details | 1. Buggy Bathe Auto Wash & Detail Shoppe<br>2. Buggy Bathe Auto Wash & Detail Shoppe | Redeemed<br>Redeemed |
| Expired On Oct 16, 2011 | Just Cupcakes<br>Purchased: Apr 14, 2011<br>View order details | $12 Groupon to Just Cupcakes | Redeemed |

start

