Andrew E. Westley (Cal. Bar No. 171940)
LAW OFFICE OF ANDREW WESTLEY
870 Market Street, Suite 788
San Francisco, California 94102
Tel: (415) 362-2817
Fax: (415) 362-2819
E-Mail: awestley@westleylaw.com

Objector, *In Pro Per*

FILED

12 JUL 26 PM 2:48

[DISTRICT COURT stamp]

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re GROUPON MARKETING AND SALES PRACTICES LITIGATION | Case No. 3:11-md-02238-DMS-RBB<br><br>**OBJECTION TO PROPOSED CLASS SETTLEMENT** |
|---|---|

I hereby lodge my objection with this Court regarding the proposed settlement in this class action lawsuit.

**Substance of Objection**

The Proof of Claim form is confusing and should be clarified.

Specifically, the Proof of Claim purports to require the claimant to provide a "Groupon Voucher Purchase Number." (*See* Stipulation of Class Action Settlement, Exhibit 5.) My Groupons each set forth two different sequences of numbers, neither of which is called a "Groupon Voucher Purchase Number." On the top right corner of my Groupons, there is a "Groupon Number." There is also a separate sequence of numbers directly beneath the bar code, but that sequence of numbers is not called a "Groupon Voucher Purchase Number." Indeed, the term "Groupon Voucher Purchase Number" does not appear to be defined anywhere in the proposed settlement agreement.

**Objector's Information**

My office address is: 870 Market Street, Suite 788, San Francisco, CA 94102.

My telephone number is: 415-362-2817

Email used to register Groupon purchases: awestley@westleylaw.com

Proof of purchase of my Groupons are attached as Exhibit A.

I do not intend to appear at the final fairness hearing.

Dated: July 24, 2012

Respectfully submitted,

_____
Andrew E. Westley

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2012, I mailed a copy of this Objection, together with the exhibits attached, via first class mail to each of the following individuals.

John J. Stoia, Jr., Esq.
Robbins Gellar Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Shirli F. Weiss, Esq.
DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101

_____
Andrew E. Westley