

Groupon Number
#7-ML

# Dinner for 2

### Regalito Rosticeria: Dinner Includes 1 Appetizer, 2 Entrees, and 1 Dessert

The amount paid for this voucher ($29) with Regalito Rosticeria NEVER EXPIRES.
The promotional value expires September 19, 2012.



5271-7000



## The Fine Print

Limit 1 per person, may buy 2 additional as gifts for 2-person option. Limit 2 per person for 4-person option. Valid only for option purchased. Limit 1 per table. Must use promotional value in 1 visit. Dine-in only.

## Redeem at

3481 18th St.
San Francisco CA 94110-1745

415-503-0650

## How to Use This

1. Pull up Groupon with our mobile app (or print it out).
2. Reservation required, call (415) 503-0650 and mention your Groupon.
3. Present Groupon upon arrival.
4. Enjoy!

*Remember--there's no discount on great service. Please be sure to tip on the total bill (Groupon value plus anything else you order).

## Rules

These are the restrictions that apply to every Groupon voucher (unless the Fine Print specifies an exception)

**Value of the Groupon Voucher**
This voucher has two separate values: (a) the amount paid; and (b) the promotional value. The amount paid will never expire and may be applied toward any goods or services offered by the merchant if the promotion is no longer available. The promotional value is the additional value beyond the amount paid, and it will expire on the expiration date above (unless prohibited by law).

**Redemption and Refund**
Redeemable only at Regalito Rosticeria for the goods or services listed above. If the merchant refuses to honor this voucher because the promotional value has expired or for any other reason, Groupon will refund the amount paid. Period.

Not redeemable for cash (unless required by law). Doesn't cover tax or gratuity. Promotional value can't be combined with other offers. Not reloadable. Unauthorized reproduction, resale, modification, or trade prohibited. Regalito Rosticeria is the issuer of this voucher. Purchase, use, or acceptance of this voucher constitutes acceptance of these terms. This voucher is transferable. For more information, visit https://www.groupon.com/terms.



## $50 Groupon to Catch

The amount paid for this voucher ($25) with Catch NEVER EXPIRES.
The promotional value expires August 22, 2012.



0287-3557



### The Fine Print
Limit 1 per person, may buy 2 additional as gifts. Limit 1 per table. Not valid for the purchase of alcohol. Valid only for dinner, 5:30 p.m.-close. Dine-in only. Not valid on 6/18-6/30.

### Redeem at
San Francisco
2362 Market St.
San Francisco CA 94114

415-431-5000

### How to Use This
1. Pull up Groupon with our mobile app (or print it out).
2. Present Groupon to server when seated.
3. Enjoy!

*Remember--there's no discount on great service. Please be sure to tip on the total bill (Groupon value plus anything else you order).

### Rules
These are the restrictions that apply to every Groupon voucher (unless the Fine Print specifies an exception)

**Value of the Groupon Voucher**
This voucher has two separate values: (a) the amount paid; and (b) the promotional value. The amount paid will never expire and may be applied toward any goods or services offered by the merchant if the promotion is no longer available. The promotional value is the additional value beyond the amount paid, and it will expire on the expiration date above (unless prohibited by law).

**Redemption and Refund**
Redeemable only at Catch for the goods or services listed above. If the merchant refuses to honor this voucher because the promotional value has expired or for any other reason, Groupon will refund the amount paid. Period.

Not redeemable for cash (unless required by law). Doesn't cover tax or gratuity. Promotional value can't be combined with other offers. Not reloadable. Unauthorized reproduction, resale, modification, or trade prohibited. Catch is the issuer of this voucher. Purchase, use, or acceptance of this voucher constitutes acceptance of these terms. This voucher is transferable. For more information, visit https://www.groupon.com/terms.

We're here to help!   (888) 350-9061 | support@groupon.com | Mon-Fri 9am - 5pm CST | Support ID: 31-VI-46053