# THE COX FIRM
**4934 Tremont**
**Dallas, Texas 75214**
**(469) 531-3313**
**tcox009@yahoo.com**

August 2, 2012

Judge Sabraw's Chambers
United States District Court
For the Southern District of California,
940 Front Street
Court Room 10,
San Diego, CA 92101-8900

      Re:  GROUPON MARKETING AND SALES PRACTICES LITIGATION
            Cause No.: 3:11-md-02238-DMS-RBB.

Dear Moana:

     Per the telephone conversation with my assistant today, I am enclosing another copy of the Warren Sibley, Tracy Klinge, Jordon Echols and Kimberly M. Cogbill's Objection to the Proposed Settlement, Objection to Attorneys' Fees Request to be filed in the above-referenced matter. I have also enclosed a self-addressed, stamped envelope for the return of a file-stamped copy to our office.

     We appreciate your handling of this matter for us after the problem with the delivery of the first package shown on the copies of the enclosed Federal Express receipts.

     If you have any questions, please call me.

                                       Sincerely,

                                       Thomas L. Cox, Jr.

TLC/jb
Enclosures

**FedEx Express — NEW Package US Airbill**

FedEx Tracking Number: 8008 0928 5543
Form No.: 0215
Sender's Copy — MUR3

Date: 7/5/12
Sender's FedEx Account Number: 4889-5454-7

Sender's Name: Thomas L. Cox, Jr
Phone: (469) 531-33B

Company: GARY SIBLEY
Address: 2414 N AKARD ST
City: DALLAS   State: TX   ZIP: 75201-1708

Internal Billing Reference: Groupon Class Action

Recipient's Name: Clerk of Court
Company: U.S. District Court for the Southern District of California
Address: 940 Front Street, Rm. 10
City: SAN Diego   State: CA   ZIP: 92101

0453301639

**4 Express Package Service**
[X] FedEx First Overnight
[ ] FedEx Priority Overnight
[ ] FedEx Standard Overnight
[ ] NEW FedEx 2Day A.M.
[ ] FedEx 2Day
[ ] FedEx Express Saver

**5 Packaging**
[ ] FedEx Envelope*  [ ] FedEx Pak*  [ ] FedEx Box  [ ] FedEx Tube  [X] Other

**6 Special Handling and Delivery Signature Options**
[ ] SATURDAY Delivery
[ ] No Signature Required
[ ] Direct Signature
[ ] Indirect Signature

Does this shipment contain dangerous goods?
[X] No   [ ] Yes As per attached Shipper's Declaration   [ ] Yes Shipper's Declaration not required   [ ] Dry Ice

**7 Payment** Bill to:
[X] Sender   [ ] Recipient   [ ] Third Party   [ ] Credit Card   [ ] Cash/Check

611

Support Locations English Search fedex.com Submit

FedEx Ship Track Manage Learn FedEx Office®

## Detailed Results

Printer-Friendly Get Link Help

Enter tracking number Track

Detailed Results | Notifications

Tracking no.: 800809285543 Select time format: 12H | 24H E-mail notifications

### Delivered

Initiated Picked up In transit Delivered

**Delivered**
Signed for by: R.SUSAN

| Shipment Dates | | Destination |
|---|---|---|
| Ship date | Jul 5, 2012 | Signature Proof of Delivery |
| Delivery date | Jul 6, 2012 10:24 AM | |

### Shipment Options

Help

**Hold at FedEx Location**
Hold at FedEx Location service is not available for this shipment.

### Shipment Facts

Help

| | | | |
|---|---|---|---|
| Service type | First Overnight | Delivered to | Receptionist/Front Desk |
| Weight | 1.0 lbs/.5 kg | Reference | GROUPON CLASS ACTON |

### Shipment Travel History

Help

Select time zone: Local Scan Time

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Jul 6, 2012 10:24 AM | Delivered | | |
| Jul 6, 2012 10:12 AM | Delivery exception | SAN DIEGO, CA | Incorrect address - Apartment/Suite number |
| Jul 6, 2012 8:43 AM | On FedEx vehicle for delivery | SAN DIEGO, CA | |
| Jul 6, 2012 7:02 AM | Delivery exception | SAN DIEGO, CA | Customer not available or business closed |
| Jul 6, 2012 6:50 AM | On FedEx vehicle for delivery | SAN DIEGO, CA | |
| Jul 6, 2012 6:02 AM | At local FedEx facility | SAN DIEGO, CA | |
| Jul 6, 2012 5:36 AM | At destination sort facility | SAN DIEGO, CA | |
| Jul 6, 2012 4:30 AM | Departed FedEx location | MEMPHIS, TN | |
| Jul 5, 2012 9:55 PM | Left FedEx origin facility | DALLAS, TX | |
| Jul 5, 2012 6:00 PM | Picked up | DALLAS, TX | |

FedEx Advanced Tracking:
The ultimate in
tracking visibility.
Watch demo ▸

FedEx Search fedex.com Submit

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support
My FedEx Rewards

**Company Information**
About FedEx
Careers
Investor Relations

**Featured Services**
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
Compatible Solutions Program
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx SupplyChain

**Follow FedEx**

United States - English

© FedEx 1995-2012

Global Home | Site Map | fedex.com Terms of Use

