| | |
|---|---|
| JOHN J. STOIA, JR. (141757) | SHIRLI FABBRI WEISS (079225) |
| RACHEL L. JENSEN (211456) | CHRISTOPHER M. YOUNG (163319) |
| THOMAS R. MERRICK (177987) | KATHERINE LARSON (259556) |
| PHONG L. TRAN (204961) | DLA PIPER LLP (US) |
| ROBBINS GELLER RUDMAN & DOWD LLP | 401 B Street, Suite 1700 |
| 655 West Broadway, Suite 1900 | San Diego, CA  92101-4297 |
| San Diego, CA  92101 | Telephone: 619/699-2700 |
| Telephone:  619/231-1058 | 619/699-2701 (fax) |
| 619/231-7423 (fax) | shirli.weiss@dlapiper.com |
| johns@rgrdlaw.com | christopher.young@dlapiper.com |
| rachelj@rgrdlaw.com | katherine.larson@dlapiper.com |
| tmerrick@rgrdlaw.com | |
| ptran@rgrdlaw.com | Attorneys for Defendants |

Class Counsel

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GROUPON MARKETING AND SALES PRACTICES LITIGATION | Case No.  3:11-md-02238-DMS-RBB<br><br>**NOTICE OF MOTION AND JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:        September 7, 2012<br>Time:       1:30 p.m.<br>Judge:      Hon. Dana M. Sabraw<br>Courtroom: 10 |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, on September 7, 2012 at 1:30 p.m., or as soon thereafter as this matter may be heard in Courtroom 10, of the above-captioned Court, located at 940 Front Street, San Diego, California, before the Honorable Dana M. Sabraw, Defendant Groupon, Inc., on behalf of itself, its subsidiaries and affiliates, all other Defendants, and all Released Parties (collectively, "Defendants"), and Plaintiffs Barrie Arliss, Nevin Booth, Julie Buckley, Ashley Christensen, Jason Cohen, Adam Dremak, William Eidenmuller, Anthony Ferreira, Sarah Gosling, Eli R. Johnson, Heather Kimel, Jeff Lawrie, Michael McPherson, Sarah Mehel, Eric Terrell, Carlos Vazquez, and Brian Zard (collectively, "Plaintiffs") on behalf of themselves and on behalf of each of the Settlement Class Members, will and hereby do, jointly move this Court for an order that: (1) grants Final Approval of the Settlement; and (2) certifies the proposed Settlement Class for settlement purposes.

This motion is brought pursuant to Fed. R. Civ. P. 23(e) and is based on the parties' Stipulation of Settlement, dated March 29, 2012, and the exhibits annexed thereto; this Notice of Motion and Joint Motion; the Memorandum of Points and Authorities, submitted herewith; the Declaration of Shirli F. Weiss and exhibits thereto, submitted herewith; the Declaration of John J. Stoia, Jr., submitted herewith; the Declaration of the Honorable Daniel H. Weinstein (Ret.), submitted herewith; the Declaration of Tore Hodne, submitted herewith; the complete file and record in this action; the oral argument of counsel; and such other and further evidence and argument as the Court may choose to entertain.

This joint motion is made on the grounds that: (1) the Settlement is fair, reasonable and adequate and is the product of extensive arms-length negotiations before Judge Daniel Weinstein (Ret.) of JAMS; (2) the Settlement Class meets all the requirements for certification of a settlement class; and (3) the proposed Notice Program has been adequate and reasonable, has

/////
/////
/////
/////

DLA PIPER LLP (US)

EAST\48512789.3                -2-
NOTICE OF MOTION AND JOINT MOTION FOR APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO. 3:11-md-02238-DMS-RBB

satisfied all of the requirements of Fed. R. Civ. P. Rule 23(c)(2)(B) and (e)(B), and constituted the best notice practicable under the circumstances.

DATED: August 10, 2012                ROBBINS GELLER RUDMAN & DOWD LLP
                                                              JOHN J. STOIA, JR.
                                                              RACHEL L. JENSEN
                                                              THOMAS R. MERRICK
                                                              PHONG L. TRAN

                                                                             /s/ John J. Stoia, Jr.
                                                                            JOHN J. STOIA, JR.

                                             655 West Broadway, Suite 1900
                                             San Diego, CA  92101
                                             Telephone:  619/231-1058
                                             619/231-7423 (fax)

                                             Class Counsel

DATED: August 10, 2012                DLA PIPER LLP (US)
                                             SHIRLI FABBRI WEISS
                                             CHRISTOPHER M. YOUNG

                                                                            /s/ Shirli Fabbri Weiss
                                                                          SHIRLI FABBRI WEISS

                                             401 B Street, Suite 1700
                                             San Diego, CA  92101-4297
                                             Telephone  619/699-2700
                                             619.699.2701 (fax)

                                             Attorneys for Defendants

## CERTIFICATE OF SERVICE

I am a resident of the state of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 401 B Street, Suite 1700, San Diego, California 92101-4297. On August 10, 2012, I served the within documents:

**NOTICE OF MOTION AND JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**DECLARATION OF TORE HODNE IN SUPPORT OF JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**DECLARATION OF JOHN J. STOIA, JR. IN SUPPORT OF JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**DECLARATION OF SHIRLI FABBRI WEISS IN SUPPORT OF JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**DECLARATION OF THE HONORABLE DANIEL H. WEINSTEIN (RET.) IN SUPPORT OF JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

☑ by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice list.

☐ by transmitting via email the document(s) listed below to the email address(es) specified below before 5:00 p.m.

☐ by placing the document(s) listed below in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California, addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, and deposited with UPS Overnight at San Diego, California to the addressee(s) specified in Exhibit B hereto.

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on August 10, 2012, at San Diego, California.

_____
Bonnie Lott

DLA Piper LLP (US)

EAST\48512789.3

-4-
NOTICE OF MOTION AND JOINT MOTION FOR APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO. 3:11-md-02238-DMS-RBB