ROBBINS GELLER RUDMAN
   & DOWD LLP
JOHN J. STOIA, JR. (141757)
RACHEL L. JENSEN (211456)
THOMAS R. MERRICK (177987)
PHONG L. TRAN (204961)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
johns@rgrdlaw.com
rachelj@rgrdlaw.com
tmerrick@rgrdlaw.com
ptran@rgrdlaw.com

Class Counsel

DLA PIPER LLP (US)
SHIRLI FABBRI WEISS (079225)
CHRISTOPHER M. YOUNG (163319)
KATHERINE J. LARSON (259556)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: 619/699-2700
619/699-2701 (fax)
shirli.weiss@dlapiper.com
christopher.young@dlapiper.com
katherine.larson@dlapiper.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GROUPON MARKETING AND SALES PRACTICES LITIGATION | No. 3:11-md-02238-DMS-RBB |
| | Judge: Hon. Dana M. Sabraw |
| | **Declaration of Tore Hodne** |

I, Tore Hodne, hereby declare and state as follows:

1.     I am a Senior Project Administrator for Rust Consulting, Inc. ("Rust Consulting"), and I have been employed at Rust Consulting since December 8, 1997.  Rust Consulting serves as the Court-appointed Claims Administrator, as defined in the Preliminary Approval Order, for the above-captioned case.  I am responsible for supervising the services provided by Rust Consulting for this matter.  My business address is 625 Marquette Avenue, Suite 880, Minneapolis, Minnesota 55402.

2.     I am over twenty-one years of age, and I am legally competent and authorized to make this declaration on behalf of Rust Consulting.  I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently thereto.

### **Rust Consulting**

3.     Rust Consulting specializes in class action administration.

4.     Rust Consulting's class action administration services include data management, data processing, notice implementation, claim administration and distribution, website hosting, call center services, and reporting to counsel and courts regarding claims processes.

5.     Rust Consulting has provided services in more than 3,000 matters, including: *In re Compact Disc Minimum Advertised Price Antitrust Litig.*, MDL No. 0982 (W.D. Pa.) (price-fixing settlement); *In re Waste Mgmt., Inc. Securities Litig.*, No. 99-2183 (S.D. Tex) (securities settlement); *McNeil v. American Gen. Life & Accident Co.*, No. 99-1157 (M.D. Tenn.) (life insurance settlement); *Naef v. Masonite Corp.*, No. 94-4033 (Ala. Cir. Ct., Mobile Co.) (defective product settlement); *In re FTD.COM, Inc. Shareholders Litig.*, No. 19458-NC (Del. Ch.) (securities settlement); *In re Metropolitan Life Ins. Co.*, No. 96-0179 MDL No. 1091 (W.D. Pa.) (life insurance market conduct settlement); *Benacquisto v. American Express Fin. Corp.*, No. 00-1980 (D. Minn.) (life insurance market conduct settlements); *Coordination Proceedings Special Title (Rule 1550(b)) Microsoft I-V Cases*, Case No. J.C.C.P. No. 4106 (Cal. Super. Ct., San Francisco Co.) (consumer software settlement); and numerous other cases.

/////

6.       I have significant experience overseeing the implementation of notice programs and the administration of claims processes.

### Notice to Potential Class Members

7.       Pursuant to the Court's Order preliminarily approving settlement, Rust caused the Court-approved Settlement Class Notice to be disseminated to potential Class Members via e-mail on or before May 25, 2012 Settlement Class Notice Deadline.

8.       On April 27, 2012, Rust Consulting received from Groupon, Inc. ("Groupon") the names and email addresses of 14,222,178 potential class members identified from Groupon's records.

9.       Rust Consulting removed from the list 38,558 email addresses that were duplicative or invalid.

10.       Beginning on May 21, 2012 and continuing on a rolling basis through May 25, 2012, Rust Consulting caused 14,183,620 copies of the Class Settlement Notice, in the form approved by the Court, to be sent via email to each email address identified as belonging to a potential Class Member.  The email notice was sent on a rolling basis as this is considered an industry best practice for large volume email deployments in order to maximize the deliverability rate.

11.       The email notices were sent from an email domain including the term "Groupon," so that, to the extent possible, they would not be inadvertently identified as "spam" email by recipients' email software.

12.       The email notices were in the form approved by this Court, and included a link to the Settlement Website.  A true and correct copy of the Class Settlement Notice Email is attached hereto as Exhibit "A".

### Settlement Website

13.       On May 21, 2012, Rust Consulting launched the Settlement Website, which can be found online at www.grouponvouchersettlement.com.  In addition to appearing in the Class Settlement Notice email, the website address is read aloud in the automated introduction to the toll-free telephone support line at 1-800-589-1256.

/////

14.     The Settlement Website includes copies of the Settlement Agreement and all Exhibits thereto, instructions on how to submit Claims and requests for refunds online or by e-mail or facsimile, "Commonly Asked Questions" and answers thereto, Orders of the Court pertaining to the Settlement, and a toll-free telephone number, fax number, email address and mailing address to contact the Claims Administrator by e-mail and mail.

15.     Rust Consulting continues to maintain the Settlement Website, and has periodically updated the Website to address inquiries received from Class Members.

16.     As of close of business August 09, 2012, there have been 4,054,027 visits to the Settlement Website.

17.     Rust Consulting Inc. tracks unique visits to Settlement Websites on a monthly basis. The below table shows the unique visits compared to the total visits by month for the Settlement Website www.grouponvouchersettlement.com.

| Web Site Stats: www.grouponvouchersettlement.com Unique Visitors by Month | | |
| --- | --- | --- |
| Period | Number of Visits | Unique Visitors |
| Website Launch thru May, 2012 | 1,991,937 | 851,285 |
| June, 2012 | 288,988 | 119,763 |
| July, 2012 | 1,731,789 | 801,242 |
| Through August 09, 2012 | 41,313 | 18,381 |

### Telephone and Email Support

18.     In addition to viewing settlement information on the Settlement Website, Class Members may contact Rust Consulting by e-mail, mail, or telephone to obtain information and/or submit inquiries regarding the Settlement.

19.     On May 21, 2012, Rust Consulting established a toll-free telephone support line (1-800-589-1256) for potential Class Members to hear prerecorded answers to frequently asked

1  questions and to request copies of the Class Settlement Notice and Settlement Voucher Claim

2  Form.

3  20.      During business hours, Class Members may request to speak to a live telephone support

4  representative to receive information or ask questions regarding the Settlement.  Automated

5  telephone support is available 24 hours a day.

6  21.      As of close of business August 09, 2012, there have been 8,179 calls to the support line,

7  with approximately 803 of these calls transferred to a customer service representative.

8  22.      Class members may also email "notice@grouponvouchersettlement.com" with questions

9  about the Settlement.

10  23.      Rust Consulting has received inquiries from Merchant Partners which have been referred

11  to Groupon.

12  24.      As of close of business August 09, 2012, 7,907 inquiries have been received and resolved

13  through "notice@grouponvouchersettlement.com".

14  **Supplemental E-mail Notice to Potential Class Members Regarding New Dates and**

15  **Updated Website Information**

16  25.      Beginning on July 10, 2012 and continuing on a rolling basis through July 14, 2012, Rust

17  Consulting caused to be sent 14,183,620 copies of an email notifying potential class members of

18  updated dates and deadlines set by the Court and new Commonly Asked Questions and

19  responses on the settlement website to be sent via email.  An email message was sent to each

20  email address identified as belonging to a potential Class Member.

21  26.      A true and correct copy of the Supplemental Class Settlement Notice Email is attached

22  hereto as Exhibit "B".

23  **Settlement Voucher Claim Forms**

24  27.      Settlement Voucher Claim Forms are available on the Settlement Website and may also

25  be requested by calling or emailing Rust Consulting.

26  28.      Class Members may submit Settlement Voucher Claim Forms to Rust Consulting, at their

27  election, online or as an attachment to an e-mail, by mail or facsimile.

28

1   29.     As of close of business August 09, 2012, Rust Consulting has received a total of 44,855

2   Settlement Voucher Claim Forms. Of these 44,855 Settlement Voucher Claim Forms, 14,294

3   were received via US Mail, 9,399 were received via an email attachment or facsimile, and

4   21,162 were received online via Settlement Website submission.

5   **Exclusion Requests, Objections and Other Communications**

6   30.     Rust Consulting set up a Post Office box mailing address to which potential Class

7   Members could mail completed Settlement Voucher Claim Forms, requests for exclusion, and

8   other correspondence (P.O. Box 2727, Faribault, MN 55021- 9727).

9   31.     As of close of business August 09, 2012, Rust Consulting has received 1,790 timely

10  requests for exclusion from the Settlement representing 1,815 individuals, postmarked on or

11  before July 27, 2012.  A list of persons who timely requested to be excluded is attached hereto as

12  Exhibit "C".

13  32.     As of close of business August 09, 2012, Rust Consulting has received 16 untimely

14  requests for exclusion from the Settlement.

15  33.     As of close of business August 09, 2012, Rust Consulting has received 6 objections to the

16  Settlement.  These items were promptly forwarded on to Plaintiff and Defense counsel.

17  34.     As of close of business August 09, 2012, Rust Consulting has received 67 pieces of other

18  correspondence.

19          I declare under penalty of perjury under the laws of the State of California and the United

20  States of America that the foregoing is true and correct and that this declaration is executed this

21  10th day of August, 2012, at Minneapolis, Minnesota.

22

23

24  TORE HODNE

25

26

27

28

**EXHIBIT A**

**An Important Notice About a Class Action Settlement Involving Groupon Vouchers**

IF YOU PURCHASED A GROUPON VOUCHER BETWEEN NOVEMBER 1, 2008 AND DECEMBER 1, 2011
FOR REDEMPTION IN THE UNITED STATES,
YOU MAY BE ELIGIBLE FOR BENEFITS FROM THE SETTLEMENT

A proposed settlement has been reached in a class action lawsuit concerning Groupon vouchers. You may be a member of the class whose rights may be affected by this lawsuit. **The sole purpose of this notice is to inform you of the lawsuit and the settlement so that you may decide what steps to take in relation to it.**

More information regarding the settlement, your rights under the settlement, instructions on how to be excluded from the settlement or object to the settlement, and a form to fill out to obtain settlement benefits are available here: www.grouponvouchersettlement.com

**Please visit the website linked above to obtain important information regarding the settlement and your rights.**

If the settlement is approved, class members who complete and return a claim form may be eligible to receive a Settlement Voucher entitling them to redeem unused Groupon vouchers purchased between November 1, 2008 and December 1, 2011 for redemption in the United States that are past their stated expiration date. Settlement Vouchers may be redeemed at the location of the merchant identified on the voucher, for goods and/or services equal to the purchase price of the voucher. Rather than seeking a settlement benefit, you may choose to exclude yourself from the settlement. **There are deadlines associated with the choices you may make regarding the settlement. The last day to exclude yourself from the settlement or to object to the settlement is July 6, 2012.**

**EXHIBIT B**

**GROUPON VOUCHER SETTLEMENT: UPDATES TO CERTAIN DEADLINES AND TO INFORMATION PROVIDED IN COMMONLY ASKED QUESTIONS PAGE**

**Opt Out and Objection Deadline:** Settlement Class Members now have until July 27, 2012 to object to or request exclusion from the Settlement Class.

**Final Approval Hearing Date:** The date of the court hearing regarding final approval of the Settlement has been changed to September 7, 2012 at 1:30 p.m.

To see a list of all dates and deadlines relating to the Settlement, please click here to go to the Groupon Voucher Settlement Website.

The Groupon Voucher Settlement Website has also been updated with some new information relating to Commonly Asked Questions. Please click here for updated information on the following Commonly Asked Questions:

- What happens if refund claims exceed the $8.5 million settlement fund?
- How can I view a copy of the Groupon vouchers I have purchased?
- If I am a Settlement Class Member as defined in the Stipulation of Settlement ("Settlement Agreement") and I neither submit a Settlement Fund Claim nor submit a timely request for exclusion from the Settlement Class, what happens to my unused and unrefunded Groupon Vouchers that I purchased or received prior to December 1, 2011 and that are past the expiration date shown on the vouchers?

**EXHIBIT C**

A Angelo Herrera
Aaron Elliott
Aaron Heyman
Aaron Mckinstry-Luepke
Aaron N Lang
Abbey Keck
Abigail Berman
Adalyn B Mayer
Adam Frank
Adam Godzik
Adam Poll
Addie Davis
Adela Alvarez
Adewole Falade
Adom Fermanian
Adria Lormis
Aimee Mccarthy
Akemie Williams Gray
Alaina Prall
Alejandro Haezaert-Caraveo
Alex Tanielian
Alexander Garkusha
Alexander Kneefel
Alexandra Dezell
Alexandra Fenerlis
Alexandra Hiatt
Alexandria Shea Armentrout
Alexis Willard
Alice Chuong
Alice Johnson
Alice Martinez
Alice Spaulding
Alicia Frey
Alicia Lee Cerullo
Alisa Dodds
Alison Bruzek
Alison Van Heuklon
Aliza Bornstein
Allen Wagner
Allison Kaplan
Allison M Robinson
Allison Mcculloh
Allison Meadows
Allison Pearson
Allison R Dowd
Alycia Hawkins
Alyn Kay
Alyson Pierce
Alyssa Caggiano
Alyssa Labate
Alyssa Weiss
Amanda B Zerr
Amanda H Knauer
Amanda Henry
Amanda May
Amanda Mcconnell
Amanda Moore
Amanda Van
Amanda Wond
Amber G Johnson
Amber J Smith
Amber Quinn

Amy Clanton
Amy Frederico
Amy J Klein
Amy Leblanc
Amy Lee
Amy M Healy
Amy M Howell
Amy Malasky
Amy Rafkin
Amy Sabourin
Ana Mandic
Anastasia Cochran
Andrea Arnold
Andrea Chow
Andrea Cukier
Andrea L Arnold
Andrea Park
Andrea Ryan
Andrea Villanueva
Andrew Aslesen
Andrew Binks
Andrew Jacobs
Andrew Middleton
Andrew Nielsen
Andrew Ward
Andria Schurman
Angel Fuson
Angela Beltz
Angela Goetz
Angela Jergler
Angela M Hernandez-Marshall
Angela Marie Carvallo
Angela Quong
Angela Swatland
Angela Williams
Angelica Trytek
Anicia Richardson
Anita Beyer
Anita Wilt
Ankita Mishra
Ann Bloxham
Ann Brogley
Ann Bui
Ann Kuo
Ann P Berardo
Ann Tollefson
Ann V Derosa
Anna Carrara
Anna Fields
Anna Maund
Anna Stoefen
Annamaria Huddas
Anne Butterfly
Anne Morel
Anne Schumacher
Anthony Dustin Rollins
Anthony Hazkial
Anthony Kahny
Anthony Parrella
Anthony R Perry
Anthony Rothert
Anwar Jamal Robinson

April C Johnson
April Stingo
Arleen Bonet
Arline Saiki
Ashley Allyson Rudmann Chelonis
Ashley Bennett
Ashley Connatser
Ashley Crum
Ashley Farley
Ashley G Smith
Ashley Harris
Ashley Person
Ashley Stewart
Asit Panwala
Audra M Puccio-Nagby
Autumn L Reid
Autumn R Eddy
Ayleen Lay
B. Sam Mcknight
Barbara Eannarino
Barbara Kelsall
Barbara Kline
Barbara P Schulz
Barbara Rigby
Barbara Roe
Barbara Rouseff
Barbara Smith
Ben Lopez
Ben Miller
Benjamin Tritle
Bernice Goldmark
Beth A Berk
Beth Markley
Beth Pullen
Beth Schutzberg
Bethann Dilione
Bethany L Smith
Betsy (Elizabeth Lucas) Padgett
Betsy Wahl
Betty Close
Beverly Brown
Beverly Hartzman
Bill Bennett
Bill Marks
Bingiee Shiu
Binh Nguyen
Blanca Quintanilla
Bob Brown
Bob Woodruff
Bobbi Shea
Bobbye J Thompson
Bonnie Downs
Bonnie Ward Strauss
Bradley Dale
Bradley Gottfried
Bradley H Cary
Bradley Nathan
Brandon D Tyler
Brandy Hackney
Brandy Ormsby
Brea N Onokpise
Brenda Cash

Brenda M Hall
Brenda Naber
Brenda Storbeck
Brian Bawol
Brian Beans
Brian Hohe
Brian Muhlhauser
Brian Shannon
Brian Wood
Briana Florio
Briana Ord
Brianna Torok
Brigitte Charest
Britt S Fleming
Brittany Orr
Brittney Fifield
Brittney Raper
Brooke Hamilton
Bruce H Mayer
Bruce M Bavol
Bryan Figura
Bureen Ruffin
Caitlin Buccino
Caitlin Engler
Caitlin M Moloughney
Caitlin Meehan
Caitlin Ruza
Caitlin S Hinkley
Camille Carter
Camille E Kempke
Candace Davis
Candice Acosta
Candis R Ferguson
Cara Hayes
Cara Long
Cara Webb
Carey Hicks
Cari R Sepulveda
Carla S Sheppard
Carlie Mcgranaghan
Carlo Brian Monticelli
Carlos A Ortiz
Carmen Combs
Carmen Olsen
Carol Brothwell
Carol Darnell
Carol Fawson
Carol J Brinkmeier
Carol K Williams
Carol L Dean
Carol Lipsit
Carol M Simonson
Carol S Koehler
Carol S Reinel
Carol Sweedler-Brown
Carol W Hylton
Carol Walker
Carol Winterbourne
Carole F Myers
Carole Miles
Carole Raspaolo
Carolyn Bradford

Carolyn Ford
Carolyn Jim
Carolyn Lee
Carolyn Martin
Carolyn Shilts
Carolyn Szaiff
Carolyn Webb
Carrie Heather Brown
Cartresa Hudson
Casey Cantu
Casey Laferrara
Casey Ryan
Cassandra Osterhoudt
Cassie Lopez
Catherine Alysse Gray
Catherine Devall
Catherine Helms
Catherine Parson
Catherine Picklyk
Catherine Ramsey
Catherine Rizos
Catherine Sullivan
Cathleen M Korzik
Cathryn (Cathy) Mcclelland
Chad Blumeyer
Chad Caswell
Charity Holt
Charlene Head
Charlene Spikes
Charles E Harrison
Charles Kilby
Charles Radville
Charlotte French
Chelse Hoskins
Chelsea R Smith
Chelsea Vochinich
Chelsi Boudreaux Thibodeaux
Cheryl Allevo
Cheryl Benyi
Cheryl Cypert
Cheryl Fuchs
Cheryl Holder
Cheryl L Larson
Cheryl Martin
Cheryl Regnerus
Chloe Jihye Lee
Chris Malone
Chris Mayers
Chris Michalek
Chris Van Honschoten
Chrissy Nodsle
Christiane Odle
Christianne Belfiglio
Christie Beck
Christie Crosby
Christie Warner
Christina Gibby
Christina Gouglev
Christina M Cipriano
Christina M Hahn
Christina Mennella
Christina Newell

Christina Sierra
Christine Bloom
Christine Carlson
Christine Davis
Christine Farris
Christine Goldby
Christine Jones
Christine Jordan
Christine M Harris
Christine Patton
Christine Pottoroff
Christine Urbanek
Christine Yip
Christopher Rohe
Christy M Sweeney
Christyanna Arnold
Chuck Piccirillo
Cindy Martinez
Cindy Roberts
Citahbria Curtis
Claire E Pirotte
Clara Gabriel
Clarissa Pintado
Claude C Young
Clifton Lee Thompson
Colette J Myers
Constance Hislop
Corey Thornhill
Corinna Clarke
Corinne Lanuti
Cory L Zajdel
Cote Lind
Courtney Dockter
Courtney Hutchison
Courtney Ramsey
Craig Greenwood
Craig Yanek
Cristina Perez (Aka Cristina Perez Chumbiauca)
Crystal Gaytan
Crystal Warsop
Cynde Wintermute
Cyndi Schardt
Cynthia (Cindy) Kupczynski
Cynthia Etkind
Cynthia L Sopata
Cynthia Nicastro
Cynthia Perkinson
Cynthia Reimel
Cynthia Roberts
Cynthia Shaffer
Cynthia Sitzman
Cynthia Sullivan
D Jacobus
Dan Almeida
Dan Kane
Dan Kane
Dan Kresan
Dan Kuiper
Dan Marks
Dan Mendelsohn
Dan Scheneman

Dana E Kee
Dana Edgar
Dana J Emberley
Daniel C Whitsel
Daniel Kraut
Daniel Petroff
Daniel Shorts
Danielle Friess
Danielle Longest
Danielle Morriss
Danielle Najarian
Dara Friedman
Darcy Reed
Darcy Taylor
Daria Kamalipour
Darlene Arnett
Darlene Eledge
Darlene Ridgway
Dave Nuss
David A Beardain
David Bacon
David J D'agostino
David K Porter
David Larson
David Levine
David Lippa
David Olson
David Pozek Jr
David R Hobbs Jr
David Rosenberg
David Salih
David Talafuse
David Wiegert
Dawn Patterson
Dawn Schoolcraft
Dawna Wood
Deane Bell
Deanna Morinini
Deanna Wantz
Debbie Henry
Debbie Jensen-Grubb
Debbie Schmidt
Debbie Swietlik
Debbie Trattner
Debi Kain
Debolina Kowshik
Deborah C Phile
Deborah C Roschek
Deborah Schisler
Deborah Shiells
Debra A Gilman
Debra Demmitt
Debra George
Debra K Lewis
Debra L Ogan
Debra M Canepa
Debra S Huerta
Debrah Boyd
Dee Czarniecki
Deedee Eckles
Deedee Mazur
Deidre Gallerani

Deirdre Clarke
Delana J Gideons
Delia Gummere
Della M Beaulieu
Delores Gruca
Denise A Surkamp
Denise Cramer
Denise Searing
Dennis Bortko
Derek Hoffman
Desiree M Omli
Desiree Mckinney
Devin Eakes
Devin Magrann
Diana King
Diana Osterhouse
Diana Van
Diana Zarzeka
Dianamari Castillo-Ruiz
Diane E Dodge
Diane Hanisch
Diane Luppi
Diane M Accardi
Diane Martin
Diane Pendley
Diane Russo Kornya
Diane W Shaw
Dina Franklyn
Dina Jensen
Dina M Lapaorta
Dinah Montgomery
Dominic S Carollo
Don Bogen
Donna Ackman
Donna Bennett
Donna Bonomo
Donna Burger
Donna Fenney
Donna Lowney
Donna Miilu
Donna Price
Donna Swenson
Donna Thomas
Doreen Johnston
Doris Tang
Dorothy Reynolds
Doug Josephson
Douglas S Wright
Dwight A Lehman
Ede Carpenter
Edinardo Potrich
Edward Aldridge
Edward M Miller
Edward T Rocereta
Eileen M Wawrzynek
Eileen Morley
Eileen Retel
Ekaterine Dickson
Eko Lisuwandi
Elaina Marinik
Elisa Read
Elisa Rogowitz

Elise Temby
Elizabeth (Libby) A Poe
Elizabeth (Rudolph) Entinghe
Elizabeth A Booth
Elizabeth Celaya
Elizabeth Clark
Elizabeth Hyman
Elizabeth J Weibert
Elizabeth J Williamson
Elizabeth Kinney
Elizabeth Kroupa
Elizabeth Nielsen
Elizabeth Paul
Elizabeth Pierce
Elizabeth R Hepner
Elizabeth Smith
Elizabeth Tessmer
Elizabeth Tremaine
Elizabeth Trotter
Elizabeth Woo
Elizabeth Zuck
Ellen H Williams
Ellen Levy
Ellen Raimondi
Ellen Zaroff
Elliott Gall
Ellyn Ricker
Emilie Boe
Emily Demaree
Emily Ferris
Emily Hariharan
Emily K Stilkey
Emily R Krebbs
Emily Yagielo
Enway Hsu
Eric Baker
Eric J Ford
Eric Nyquist
Eric Tull
Erica Duhart
Erica Pitkow
Erik Cox
Erika Bickford
Erika D Hanson
Erika Sealing
Erin E Dearie
Erin Hicks
Erin Sutyla
Ernest S Arvai
Esther J Spencer
Ethan Gelber
Eugenia Gueorguieva
Eunkyung Kim
Evan Bechtel
Evan L Baylis
Evelyn Ying-Kuang Shaw
Fabiola Garcia
Fay K Saechao
Faya Gregorich
Faye Brown
Federico Palle
Ferjea Songco

Flor Anaya
Fred Bizovi
Fred Hann
Freda Cannon
Freda Russell
Frederick Temby
Gabriella Sieiro Pavesi
Gabrielle Carlson
Gaby Perkowski
Gaia Sciaranghella
Gail Capparrille
Gail R Atwood
Gail Rasmussen
Gary Leung
Gayle Froehlich
Geetali Sharma
George Morgan Ii
Georgia E Hamlin
Georgiana Johnson
Georgina Colombo
Gerald  Beyer
Gerald L Wendling
Gerald R Skaletzky
Geraldine Conrad
Gilda P Selchau
Gillian M Ackland
Gina Himes
Ginger Clements
Glenda G Ducote
Glenn Cardwell
Gloria Martin
Gordon J Gearhart
Gracie Borbon
Grant Goss
Grayson Pursch
Greg Slocom
Guy E Parrent
Haidar Merhi
Hal Baumgarten
Hala Hachem
Hamad Aljassar
Hannah Brown
Hannah Farewell (Previously Calvert)
Hannah Lee
Hannah Williams
Hans Witt
Harold Ricardo Aranda
Heather Cornelison
Heather Gortat
Heidi Ann Coleman
Heidi Lippert
Heidi Park
Helen Wiber
Helen Zimmer
Helena Sioukas
Hilary Bridges
Hilary Walton
Hillary Arnold
Holland Gursslin
Hollie Cox
Holly Ireland

Holly Lakatos
Holly Veal
Hollynd Biro
Homa Ferdowsi
Horacio M Pleno
Howard A Pense
Ian Weston
Ida Razzaghi Khamsi
Inocencia Olivo
Irene Ching
Irina Zhan
Iris Hutchings
Irma Duran
Isaac Wu
Isabel "Liz" P Harrold
Isis Yamamoto
Isobel Bilyk
Isobel Marks
Ivy Norfolk
J Alyce
Jackie White
Jackson M Dodsworth
Jacob Curtis
Jacob Krebs
Jacqelyn Roblin
Jacqueline A Newman
Jacqueline Avens
Jacqueline Lipe
Jade Novak
Jaime Cook
Jaime Delahousaye
Jaimee Spector
Jama Pruitt
James C Myers
James C Reynolds
James J Szabo
James Rigby
Jami Fultz
Jamie Lichliter
Jamie Vandover
Jan Naujokas
Jan Rubenstein
Jana L Shields
Jane Grubin
Janet Brown
Janet Dorrell
Janet K Huenink
Janet Mayerle
Janet Swigert
Janette Cullen
Janice Balzer
Janice Dimario
Janice Dzierra
Janice M Hesse
Janice Mason
Janice Morrison
Janis M Dittmeier
Jared Barnes
Jason Anderson
Jason Lich
Jason Lin
Jason Pampena

Jason Unck
Jason Whitham
Jay Clary
Jayeon Kim
Jayla Stevens
Jayne Babcock
Jayne D Davison
Jayvan Mitchell
Jazmine Gregory
Jean Alamed
Jean M Mchatton
Jean Mccann
Jeanee Leonard
Jeanette Marin-Thomas
Jeanette Yacucci
Jeanne M Haave
Jed Saunders
Jeff Casey
Jeff Erhardt
Jeff Malluege
Jeff Schwartz
Jeffrey A Fuller
Jeffrey Golzynski
Jeffrey Moss
Jenay Reynolds (Aka Jenna Reynolds)
Jenessa Sant
Jenifer Carlson
Jenifer Nicoloff
Jenise Brown
Jenn Coughlin
Jenna Marvin
Jennifer (Zickell) Costa
Jennifer A Gutierrez
Jennifer A Liace
Jennifer A Short
Jennifer A Tierney
Jennifer Asis
Jennifer Aslesen
Jennifer Boyle
Jennifer C Ollis
Jennifer Costales
Jennifer Danzinger
Jennifer Derby
Jennifer Dodge
Jennifer F White
Jennifer Foxx
Jennifer Hanser
Jennifer L Melcher
Jennifer Lapin Smith
Jennifer Leone
Jennifer Malinoff
Jennifer Menna
Jennifer Morse
Jennifer O'connor
Jennifer Rackham
Jennifer Roes
Jennifer Schueler
Jennifer Shope
Jennifer Smith
Jennifer Stines
Jennifer Wagner

Jennifer Wahlquist
Jennifer Woo
Jennifer Zdenek
Jenny Alarco
Jenny Brothwell
Jenny Phillips
Jeremy Rose
Jeremy Wentzel
Jerry Zimmer
Jesse Ver Meer
Jessica Garcia
Jessica J Kiest
Jessica Moeller-Gaa
Jessica Mulholland
Jessica Norman
Jessica Perez
Jessica Rhone
Jessica Sammons
Jessica Wheeler
Jessica Wilburn
Jessika A Manning
Ji Shin
Jill M Vassallo
Jim Bowles
Jim Ross
Jo Ann Lloyd
Joan Bornstein
Joan Gawkins
Joan Kaplan
Joan Kilpatrick
Joan M Bell
Joan Raaen
Joan Rasp
Joan Workman
Joann Cunningham
Joann Fisher
Joann Pantages
Joanna Cassie
Joanna Hartvickson
Joanna Todaro
Joanne Chikuma
Joanne Fowler
Joanne L Greenman
Joanne Lund
Joanne Maxwell
Joanne Stein
Jobeth Effertz
Jocelyn Mehlsack
Jocelyn Z Shaw
Jodi Archer
Jodi Throckmorton
Joe Riess
Joelle M Stine
John & Kathryn Blincoe
John A Hodges
John Behnleen
John C Vidinich
John E Cunningham
John Leonard
John Repsold
John Strong
John Woodward

Johnie C Faller
Johnny Tapanes
Jon Bringhurst
Jon Utley
Jonah Khandros
Jonathan D Robinson
Jonathan Grindell
Jonathan Johnson
Jonathan Loh
Jonathan Lukoff
Jonathan M Blan
Jonathan Sato
Jonathan Shaw
Jonathan Stiansen
Jonathan W Bertz
Jordan Quackerbush
Jorjann Davis
Joseph J Desanctis
Joseph L Pulvirenti
Joseph M Kessler
Joshua Barton
Joshua C Hart
Joshua Finch
Joy Allen
Joyce Ragsdale
Juanita Glover
Judith A Smothers
Judith Christiansen
Judith H Peck
Judith L Rausch
Judy Barbara Bergstom
Judy Bieroth
Judy Burns
Judy Cameron
Judy Coltman
Judy Kuhn
Judy Van Rees
Julia Heins
Julianna Glass (Nee Smith)
Julie Archer
Julie Bangs
Julie Bruno Jones
Julie Burnett
Julie Hall
Julie Hill
Julie Hohe
Julie L Zimmerman
Julie M Allen
Julie M Hunter
Julie Mills
Julie Pastor
Julie Rader
Jungyun Kim
Justin E Carr
Kara Arnold
Kara Graziano Carravallah
Kara Reiber
Karen A Joseph
Karen Ballou
Karen Blatt
Karen F Bailey
Karen Guzman

Karen Holeva
Karen Mann
Karen Mattson
Karen Palmer
Karen R Mcdaniel
Karen Snyder
Karina S Bravo
Karissa Johnson
Karla Chamberlin
Karla Gulling
Karolin Solorzano
Karrie Preston
Karrin Dobbe
Kashka Debruhl
Kate Fullilove
Kate Mclain
Kate Swanson
Katelyn Hayes (Formerly Glasser)
Katey Migdal
Katherine C Moore
Katherine C Smith
Katherine Catu
Katherine H Owens
Katherine Kugay
Katherine Lippa
Katherine M Kosa
Katherine R Unger
Katheryn A Ruthruff
Kathleen (Kathy) Beaver
Kathleen Blanco
Kathleen Hamilton
Kathleen Hancox Izzo
Kathleen Hann
Kathleen J Kirk
Kathleen Jorgersen
Kathleen Kessler
Kathleen Mckinney
Kathleen Meek Davis
Kathleen Westervelt
Kathryn (Katie) Mccord
Kathryn Al Barlow
Kathryn Andersen
Kathryn Cunning
Kathryn Herty
Kathryn Olson
Kathryn Price
Kathy A Lagrow
Kathy J Averbeck
Kathy Knight
Kathy O
Kathy Stroschein
Katie Perry
Katie Van Huis
Katlyn Maze
Katrina Pierce
Kay A Groff
Kay Rossi
Kaye Illick
Kaylie Halbrook
Kayton Sapale
Keira C Hamann
Kelley S Alford

Kelli Andrews
Kelli Driscoll
Kelli R Cox
Kelly Ann Coffman
Kelly Fayard
Kelly Herde Kerger
Kelly Majors
Kelly Mccallum
Kelly Oshel
Kelly Stead
Kelly Terry
Kelsey Knight
Kelsie N Violette (Formerly Kelsie
N Lacey)
Ken Kofsky
Kendra Olson
Kennedy Ann Arroyo (Formerly
Kearney-Fischer)
Kenneth Gibson
Kenneth Hinton
Kenneth John Goodwin
Kenneth Juul
Kenneth Luppi
Kerry Myers
Kerry Zeitler
Kesha Green
Kevin Debruhl
Kevin Khovananth
Kevin T Eckerman
Kiezia Lawrence
Kilannin Krysiak
Kim Carter
Kim Edmaiston
Kim I Goodhart
Kim Schneider
Kimberley White
Kimberly (Kymm) Frisbie
Kimberly A Jackson
Kimberly Anne Stephenson
Kimberly Gagliardi
Kimberly Martin
Kimberly Mccorbell
Kimberly N Balance
Kimberly Prestridge
Kimberly Priest
Kimberly Tucker
Kirsten Peterson
Kirsten Snobeck
Kitt Pupel
Kori Hoyt
Krissy Brawner
Krista M Jeffries
Kristen Garofalo
Kristen Hannagan
Kristi L Derossett
Kristi Soash Fernando
Kristie Baker
Kristie Hollick
Kristie Makamoto
Kristin A Farrell
Kristin Elia
Kristin Rising

Kristina Ferris
Kristine Hoppenworth
Kristine Larson
Kristofer Dankovits
Kristofer Violette
Kristy Wapniarski
Krystal (Kryssy) Hess
Krystal Nail
Kurt Green
Kyle Coleman
Kyle K Melcher
Kyle Vincent Contini
Laleh Rezaie
Lan Chao
Lana (Driggers) Padgett
Landya B Mccafferty
Lane Springer
Lanelle Ezzard
Lara Ferrari
Larissa Daily
Larissa K Benson
Larissa Schroeder
Laterica Quinn
Laura A Julian
Laura Clark
Laura Davies
Laura Edelman
Laura Fraczek
Laura Giraldo
Laura Harshberger
Laura Johnson
Laura Kathleen Bower
Laura Kwas
Laura Longero Holman
Laura Meddaugh
Laura Nemeth
Laura Thierer
Laura W Kane
Laura Walsh
Laura Warnock
Laurel Panzer
Laurel Wadley
Laurelee Dever
Lauren Forgie
Lauren Friedlen
Lauren Mace
Lauren Miller
Lauren Sheppard
Lauren Simone
Laurie A Martel
Laurie Francis
Lauryn Smith
Lawrence (Larry) Schuck
Lawrence Daw
Leanne Brown
Leanne Leach
Leanne Leighty
Leanne Spears
Leanne Stewart
Leasha Bailey
Leigh Carlson
Lena Lee

Lenae Torgerson
Lesley Peacock
Leslie A Salyers
Leslie A Smith
Leslie Richards
Leticia T Alvarez
Liane Fremd
Liani Swingle
Lily Hiroshima
Lin Smith
Lincoln Quirk
Linda A Johnston
Linda Devlin-Pacheco
Linda Hook
Linda Irons
Linda Kadas
Linda L Prue
Linda Lawry
Linda Loranger
Linda M Olsen
Linda Mak
Linda Pescatore
Linda R Madden-Brenholts
Linda S Reid
Linda St. Jean
Lindsey Beckman (Formerly
Holmquist)
Lindsey Farthing
Lindsey Seabrook
Lisa Ankeny
Lisa Ann Jurczyk
Lisa C Eidel
Lisa Coerper
Lisa Cranek
Lisa Dennett
Lisa Guedea Markley
Lisa Herklotz
Lisa Koehler
Lisa Lee
Lisa Leyland
Lisa M Burkett
Lisa Mah
Lisa Medina
Lisa Niforopulos
Lisa Poist
Lisa R Danaczko
Lisa Safran
Lisa Shorter
Lisa Treinen
Lisa Veight
Lisa Weston
Lizmarie Esparza
Lois J Burns
Loren N Golubic-Campbell
Lorene Diana Piatt
Lori A Hagstrom
Lori Alberti
Lori Askelin Chase
Lori Elliott
Lori Gilpatric
Lori King
Lorie Rame

Lorraine  Rietz
Lorraine Hartshorn
Lorrie Wolf
Louann Jones
Louis F Pagel
Louis Torres
Louise Anderson
Louise Lelevich
Lucas Paxton
Lucie Gagnon
Lucrecia Bondarenko
Luisito Tiamson
Lutine Bjornson
Lydia Dimyan
Lynette Pickering
Lynn Johnson
Lynn Leaming
Lynn M Beverage
Lynn Mcconnell
Lynn Ralston
Lynne Hewitt Engledow
Lynne Hsieh
Lynne M Hanna
Macy Ng
Madelyn Pohl-Dunlap
Mae Watson
Maggie Enderle
Malissa Peacock
Mamie Detert
Marcia E Switzer
Marcia Mederos
Marcia Sabo Williams
Marcie Page
Maresa Wagner
Margaret A Murray (Aka Ann Murray)
Margaret Bryce
Margaret Devany
Margaret Halminski
Margaret Lloyd
Margaret Miller
Margaret Peterson
Margaret U Parkington
Margaret W Johnson (Garet)
Margaret Wagenbach
Margaret Zobrist
Margarita Olkhovskaya
Margarita Tobar
Margie Leystra
Margot Reges
Maria B Diaz
Maria C Jimenez
Marian Aldrich
Marian Hensley
Marianne Beechy
Marianne Lemons
Marie F Russo
Marie Parker
Marie Revette
Marilyn Cagle
Marilyn Curran
Marilyn M Borchardt

Marion V Kelly
Marisa Chock
Marisa Chock
Marissa Silva
Marjorie Stradinger
Mark Bradley
Mark Brown
Mark C Harrison
Mark G Nicholas
Mark Long
Mark Vassalotti
Marlena Lister
Marlene F Wike
Marlene Kniskern
Marnie Crane
Marsha Wood
Martha B Klein
Martha Boswell
Martha Ellis
Martha Hildebrandt
Martha Molly Lilja
Martina Maggio
Mary A Couvillion
Mary Alice Wilkinson
Mary Ann Jachowicz
Mary Ann Liebert
Mary Anne Weninger
Mary B Colombi
Mary B Martin
Mary Cook
Mary D Fey
Mary Jacoby
Mary Jane Hammette
Mary K Jean-Gideons
Mary S Meeks
Mary Sating
Maryann Ramsey
Maryjo Voss
Matt Kruse
Matt Mower
Matthew Dick
Matthew J Shreffler
Matthew Keiran
Matthew Lievertz
Matthew Rardon
Maureen A Kajzer
Maureen Grandon
Maureen Tannert
May Izawa
Mayble Abraham
Md Smith
Megan Ballweber (Formerly Broswell)
Megan Rhea
Megan Wilson
Meghan Crowell
Meghan Mcmahon
Meischa Dyer
Melanie Kumler
Melanie Vick
Meli Minniti
Melina Lito

Melissa A Canchola
Melissa Aguero
Melissa Dunn
Melissa Hoppe
Melissa J Truhan Smith
Melissa Jennifer Smidt
Melissa Krebs (Formerly Haller
Melissa Leaming
Melissa Mccormack
Melissa Renner
Melissa Schneck
Melody Foronda
Melody Just
Meryl Almosa
Michael Biro
Michael Bracy
Michael Costa
Michael Elkin
Michael Guidone
Michael Heinecke
Michael Hewartson
Michael J Tedone
Michael K Crowe
Michael Krause
Michael L Johnson
Michael Mailes
Michael Poku
Michael Prior
Michael Smuda
Michael W King
Michael Woolford
Michele Dickey
Michele Engel
Michele Kujawski
Michele La Rue Corboy
Michele Le
Michelle A Smith
Michelle B Lacombe
Michelle Ballard
Michelle Bauer
Michelle Darlington
Michelle Gion
Michelle Gunther
Michelle Hillegass
Michelle Hiller
Michelle Le
Michelle Melhorn
Michelle Millsap
Miguel Contreras
Mimi Grant
Minerva Napier
Miranda Krupa
Miranda Vargas
Missy Kellowan
Mk Colacino
Mohammad H Arbab
Molly A Shortall
Molly Beran
Molly Kenney
Molly Myeers
Monette Clark
Monica A Gutierrez

Monica Donovan
Monica Dyrud
Monica Hopkins
Monique Fontaine
Mylene Garcia
Myumi C Pesta
Nadya Subowo
Nancy Anders
Nancy Collins
Nancy Davies
Nancy Harris
Nancy J Johnson
Nancy Lyn Megee
Nancy Meggers
Nancy Meskerkid
Nancy Naoko Osako
Nancy Schimenti
Nancy Seifert
Nancy Stutman
Nancy Zevenbergen
Naomi Tam
Nartach J
Natalie Immendorf
Natalie Kalustian
Natalie Marshall
Natalie Waterman
Natalija Z Goomey
Natalya Levchenko
Nathan Crider
Nathanael Shea
Nazir Ahmad
Neba Reiter
Neil Blanck
Neil J Huston
Nelda Krohn
Nelda Oakley
Nicholas L Peaden
Nicholas Ryan Schaefer
Nicholas T Oana
Nicole A Smith
Nicole Dardarian
Nicole K Brock
Nicole Lessner
Nicole M Kedjouti
Nicole Naja
Nicole Schlosser
Nicole Swift
Nicoline (Nicki) Nelson
Nikeisha Royston
Nikole Cantu
Nina M.A. Seki
Nora J Baker
Norine Gettys
Norma D Stricklin
Olwyn Palmer Lintecum
Ora Solomon (Aka Ora Solomon Kraut)
Oscar W Case
P Diane Edwards
Paige Lucas
Pamela C Wolfe
Pamela Heggestad

Pamela M Mann
Pamela Mizutani
Pamela Morris
Pamela Rode
Pamela S Denny
Pamela S Taylor
Pamela Snyder
Pamela Wall
Pamela Weber
Paola Guardiola
Paraskevi Gargalianou
Pat Brotherton
Pat Lanning
Pat Thomas
Patrice Newman
Patrice Treubert
Patricia (Trish) Scarbrough
Patricia Bouche
Patricia Chapran
Patricia Gaglio
Patricia Hakim
Patricia Hale
Patricia Kim
Patricia Kuda
Patricia L Desanctis
Patricia L Vasicek
Patricia Osborn
Patricia Peters
Patricia Ross
Patricia Stief
Patricia Undlin
Patrick Bridegam
Patrick Burke
Patsy Gasaway
Patsy Goff
Patsy Young
Paul Cline
Paul Fawson
Paul J Warren
Paul Joseph Dry
Paul Reimel
Paula Descheneau
Paula Frechen
Paula J Adams
Paula Martin
Paula Nichter
Paula Wood
Paula Yazzolino
Peggy  Haukap
Peggy Hanna
Peggy Harriman
Penny Gabel
Peter Dutton
Peter Michaud
Peter Siniawski
Peter Zihao Xu
Petya Miteva
Phee Farnsworth
Phyllis J Hudson
Phyllis S Bowie
Pierrette Macintosh
Piotr Malinowski

Polly A Puckett
Pooja Shivangi Amin
Prachi Kulkarni
Presley Gissendanner
R Steelman
Rachael Smith
Rachel Bikoff
Rachel Boyd
Rachel Byrant-Stevens
Rachel Clayden
Rachel Davidson
Rachel L Niccum
Rachel L Treinen
Rachel Mcdonnough
Rachel Melnick
Rachel Robbert
Ralph  Schneck
Randy Haukap
Rasheeda  A Washington
Raychel Sullins
Rebecca Abbott
Rebecca C Reaser
Rebecca Dyson
Rebecca Guo
Rebecca Hommeland
Rebecca J Connor
Rebecca Jee (Soyun Jee)
Rebecca Miller
Rebecca Padilla Martinez
Rebecca Sheridan
Rebecca Whamond
Rebekah Contini
Rebekah Gillard
Rebekah Moore
Regina A Jones
Regina C Kropp
Regina Ferson
Renee Serafini
Rhea Cain
Rhonda Bradley
Rhonda Egerton
Rhonda S Rose
Richard Gulling
Richard Neal
Richard S Frisby
Risa L Culpepper
Rishi Chopra
Ritchie Payne
Robert E Rinker
Robert J Lizardy
Robert Maday
Robert Pittelkow
Robert Townsend
Roberta A Latta
Roberta Brewster
Roberta Latta
Robin Bacon-Shone
Robin Black
Robin Clark
Ronda Phillips
Rora Jones
Rose Mary Demelo

Rose Simpson
Rosella Groves
Rosemarie C Budd
Rosemarie Fridrick
Rosemarie Miller
Rosemarie Odum
Ross Arbes
Ross Cunningham
Ross David Wenker
Roxanne Ball
Roxanne Khani
Roxanne Morse
Russell Grant
Ruth Yamawaki
Ruthann Lapham
Ryan E Burton
Ryan Matt
Ryan Pugh
Ryna Alexander
Ryoko Yukawa
S Terry
Sally Pollard
Sam Middlebrook
Samantha Demont
Samantha Peck
Samantha Rae Ash
Sammy Liu
Samuel R Formby
Sandee Greer
Sandra  Repsold
Sandra G Shuster
Sandra Gudac
Sandra L Larson
Sandra L Moore
Sandra M Siemion
Sandra Mccauley
Sandra N Wood
Sandra Nicholson
Sandra Roberts
Sandra W O'dell
Sandy Chen
Sandy Weicks
Sara Debono
Sara Drenner
Sara Orrells
Sarah Blocher
Sarah Brown
Sarah Gittens
Sarah J Cooley
Sarah Keiran
Sarah L Mazur
Sarah Nagel
Sarah Papperman
Sarah Peton
Sarah Sharpless
Sarah Talbott (Dalton)
Satoe Nammo
Savuth Chhin
Sayaka Suzuki
Scarlett Atkins
Schae Martin
Scott Bulua

Scott Klein
Scott Nyman
Scott Piette
Scott Webster
Sean Snyder
Selima Serna
Selinda Byrd Smith
Seth Cenac
Seth Goldin
Shaina Adams-El Guabli
Shalewa Smith
Shana Richards
Shanda Mckenney
Shanna Richards
Shannon Bell Gress
Shannon Blanton
Shannon D Terry
Shannon Hayes (Nee Glisson)
Shannon Jackson
Shannon Majewski
Shannon Mayhall
Shannon Vogt
Shantih Bisland-Naggan
Sharareh Sadaghiani
Sharen Bates
Shari Smedley
Sharlae Jenkins
Sharon Calabrese
Sharon Jackson
Sharon Joy Lamberti
Sharon K Warren
Sharon Kaschenbach
Sharon L Garner
Sharon Mckinnon
Sharon Meigs
Sharon Soong
Sharon Teagarden
Sharon White
Sharon Williams
Sharonne Gannon
Shaun Degges
Shawn Mari Wylie
Shawn O'rourke
Shawn Snyder
Sheila Kleinhenz
Shekhar Saud
Shelba Martin
Shelby R Letta
Shelbye Heflin
Shelley Muilenburg
Shelly Njoo
Shelly R Whitley
Sheri Johnson
Sheri Rose
Sheri Wilhelm
Sherrill Schier
Sherry (Cheryl) Blanche
Sherry Allen
Sherry Craig
Sherry L Porter
Sherry L Shay
Sheryl Dennis

Sheryl Swain
Shirley Oppenheimer
Shirley Ross
Simona C Campbell
Smitha Alampur
Sofia Cardwell
Sofia Del Papa
Sondra Kroetch
Sonja Stimmer
Sophia Formosa
Sophia Letts
Soyoung Park
Stacey J Cloum
Stacie Mitchell
Stacy Bryan
Stacy Casebeer
Stacy Hammer
Stacy Neves
Stacy Shake
Stanley C Oaks Jr
Stanley Milinski
Star Cook
Stefanie R Magalhaes
Stephanie Blair
Stephanie Galindo
Stephanie Haviland
Stephanie Henzel
Stephanie Johansen
Stephanie Kerr
Stephanie Koenig
Stephanie Meek
Stephanie Miller
Stephanie Riemer
Stephanie Salisbury
Stephanie W Marcucio
Stephen Gurley
Stephen Hosterman
Stesha Rampersad
Steve Auerbach
Steve Hollingsworth
Steven D Sheppard
Subrenia Jurney
Sue Wentworth
Sue-Ann Williams
Suher Rasid
Sunny Fulton
Supaporn Rungprakong
Susan "Suzie" Radosevich
Susan A Rain
Susan Barrett
Susan C Phelps
Susan Callihan
Susan Cymbalski
Susan D Ross
Susan Dunfee
Susan E Sanders
Susan E Shields
Susan E Zemaitis
Susan Labate
Susan Leeming
Susan Livingston
Susan Lynn Feldman

Susan M Healy
Susan Meyer
Susan O Bramstedt
Susan Piper
Susan Santacesaria
Susan Segal
Susan Spain
Susan W Chichester
Susan Williams
Susanne Williams
Suzanne Davis
Suzanne J Mermer
Suzee B Nelson
Suzette Baker
Suzette Black
Suzette R Foster
Sylvia Balla
Sylvia Bowles
Sylvia Deck
T. Marilyn Tracy
Tamera C Hemmerle
Tamera K Thomas
Tami Megumi Kitaura
Tamie Swim
Tammie Forrest
Tammy Cullers
Tammy Held
Tammy Ross
Tammy Winters
Tanya Griego
Tanya Park
Tanya Powell
Tara Pearson
Tara Schenk Mcfarland
Tara Virgil
Tarronda Jones Ingram
Taryn Lovelace
Temby Ann Puck Wishnak
Tenney D Smith
Terence Fowler
Teresa E Statz
Teri Perry
Teri-Lynne Pushee
Terra Massimi
Terrence G Keane
Terri Demers
Terri Reno
Terri Sorensen
Terry Case
Terry L Sasano
Terry Liles
Terry M Gaub
Terry Sasano
Terry Slotnick
Tess Lerner Byars
Tessa Shah
Thea Hurst
Theresa Dowgwillo
Theresa Lynn Washburn
Therese Dominguez
Thomas (Tom) J Reiva
Thomas Foard Copeland

Thomas S Reid
Tiffany A Formby
Tiffany Brogan Schneider
Tiffany Harmon
Tiffany Karpavicius
Tiffany Maykel
Tim Cash
Timotei Vaduva
Timothy Chase Waldrup
Timothy Cutter
Timothy Kuntz
Timothy W Wolff
Tina Belke
Tina L Quick
Tina Mellinger
Tina Roos
Tina Ruggieri
Tina Sy
Tiphanie Tran
Tiran Dagan
Tom Kain
Tom Rowe
Tonya Mannella
Torrie Brinson
Trace Catlin
Tracee L Smith
Tracy Cook
Tracy Gittens
Tracy Glynn
Tracy L Young
Tran Huynh
Trang Ngo
Travis Brown
Travis Chaffin
Treasura Thompson
Trevor G Gates-Crandall
Trina Hagerty
Trina Yearby
Trisha Cooley
Trisha Jones
Troy Anthony Center
Trudie Austin
Tudy Soelberg
Ty Maxwell
Valentina Valentini
Valerie Pacini
Vanessa Bearden
Vanessa Lynn Mendez
Verna Kitamori
Veronica Fairchild
Vicki Black
Vicki D Schultz
Vicki Juul
Vicki Williams
Vicki Wright
Vicky Schweinhart
Victor Furer
Victoria Deken
Vincent Chen
Vincent Cortina
Vinida Sourivong
Violet Lippincott

Virginia (Ginger) L Heeren
Virginia E Scurti
Virginia Poehling
Vivian Costandy
Vlajat M Shayib
Wanda Josephson
Wayne Munsterman
Wendi Schamp
Wendy Chen
Wendy Kobayashi
Wendy M Jenkins
Wendy Mcewen
Wes Heard
Wesley Brown
Wil Shrader Jr
William C Braudis
William Cooksey
William D
William J La Cholter
William Sadler
William Turner
Wolfgang Rietz
Yolanda Asher
Yung-Chun Pai (Daphne Pai)
Yvonne P Shortlidge
Yvonne R Peifer