ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR. (141757)
RACHEL L. JENSEN (211456)
THOMAS R. MERRICK (177987)
PHONG L. TRAN (204961)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
johns@rgrdlaw.com
rachelj@rgrdlaw.com
tmerrick@rgrdlaw.com
ptran@rgrdlaw.com

Class Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GROUPON MARKETING AND SALES PRACTICES LITIGATION | ) No. 3:11-md-02238-DMS-RBB<br>)<br>) DECLARATION OF JOHN J. STOIA, JR. IN SUPPORT OF JOINT RESPONSE TO FINAL APPROVAL OF CLASS ACTION SETTLEMENT |

755964_1

I, John J. Stoia, Jr., hereby declare as follows:

1. I, John J. Stoia, Jr., am an attorney duly licensed to practice before all the courts of the State of California and the Southern District of California. I serve as of counsel to the law firm of Robbins Geller Rudman & Dowd LLP ("Robbins Geller" or "Class Counsel"). I submit this declaration in support of the parties' Joint Response to Objections to Final Approval of Class Action Settlement. I have personal knowledge of the matters stated herein and, if called upon, could and would competently testify thereto.

2. In response to the Notices of Settlement disseminated to millions of Class Members, only 18 separate objections were filed with the Court on behalf of 25 objectors. Plaintiffs received an additional 10 pro per objections that were not filed with the Court.

3. On July 2, 2012, Paul Hansmeier ("Hansmeier") sent me an email attaching a draft objection to the Settlement on behalf of his client Padraigin Browne ("Browne"). Hansmeier represented that he was a Member of Alpha Law Firm LLC in Minneapolis, Minnesota. On July 6, 2012, attorney Brett L. Gibbs ("Gibbs") filed an objection on behalf of objector Browne. Gibbs did not represent that he was associated with any law firm in connection with the objection that he filed on behalf of Browne.

4. As part of the parties' hard fought, arms-length settlement negotiations, Plaintiffs were successful in negotiating valuable injunctive relief (in addition to monetary relief) for Class Members. This relief requires Groupon to make certain changes to the appearance, disclosures and content of Groupon Vouchers, to avoid potential misunderstanding by consumers in the future. Importantly, these requirements were not in effect before these lawsuits were brought.

5. Of the estimated number of Class Members likely to receive Settlement Vouchers in connection with the Settlement, I believe the majority are likely to be able to redeem their Settlement Vouchers as most Merchant Partners remain in business and are expected to honor the Settlement Vouchers.

6. To my knowledge, my firm has never represented Electronic Frontiers Freedom ("EFF") as a client. I understand from my colleagues that it was once a co-counsel in a case against AT&T that was dismissed. My firm is a premier national Plaintiffs' firm with many connections to

different advocacy organizations. EFF was not selected because of any relationship with my firm, but because of the fit between the excellent work that EFF does on behalf of protecting and advocating consumers' rights on the Internet and to prevent them from being duped on the Internet. Thus, it was selected based on its qualifications as a *cy pres* organization.

7. Class Counsel and counsel for Defendants worked diligently to design an efficient, streamlined and effective Claims process, and retained a highly-experienced claims administrator, Rust Consulting, to administer the claims in the Settlement.

8. Attached hereto as Exhibit A is a true and correct copy of *In re: Reebok Easytone Litig.*, No. 3:12-MC-00001-L(BF) (Dkt. No. 4) (N.D. Tex).

9. Attached hereto as Exhibit B is a true and correct copy of *Poss v. 21st Century Ins. Co.*, No. BC297438 (L.A. Super. Ct. Apr. 25, 2011), hearing transcript.

10. Attached hereto as Exhibit C is a true and correct copy of *In re Magsafe Apple Power Adapter Litig.*, No. C 09-01911 JW (Dkt. No. 98) (N.D. Cal).

11. Attached hereto as Exhibit D is a true and correct copy of *True v. Am. Honda Motor Co., Inc.*, No. ED 07-cv-287 VAP-OP, Plaintiffs' Consolidated Response to Objections to Settlement Agreement (filed Feb. 22, 2010).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 24th day of August, 2012, at San Diego, California.

s/ John J. Stoia, Jr.
JOHN J. STOIA, JR.

CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 24, 2012.

    s/ John J. Stoia, Jr.
JOHN J. STOIA, JR.

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:johns@rgrdlaw.com

755964_1

3:11-md-02238-DMS-RBB

# Mailing Information for a Case 3:11-md-02238-DMS-RBB

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Donald Chidi Amamgbo , Esq**
  donald@amamgbolaw.com

- **Jarod M Bona**
  jarod.bona@dlapiper.com

- **Mark Anthony Bulgarelli**
  markb@progressivelaw.com,kpe@progressivelaw.com,mbulgare@hotmail.com

- **Jonathan Stephen Burns**
  jburns@wklawyers.com

- **Jay S Carlson**
  JayCarlson.legal@gmail.com

- **Christopher Robert Carney**
  christopher.carney@cgi-law.com

- **Todd D. Carpenter**
  tcarpenter@bffb.com,tdinardo@bffb.com,rcreech@bffb.com,lgomez-gray@bffb.com

- **Todd David Carpenter**
  tcarpenter@bffb.com

- **Maureen Connors**
  sampc01@gmail.com

- **Dana E. Deering**
  ddeering@pdfslaw.com

- **Christopher M. Ellis**
  cellis@brelaw.com

- **Theodore Frank**
  tfrank@gmail.com

- **David A. Futscher**
  dfutscher@pdfslaw.com

- **Brett Landgon Gibbs**
  blgibbs@wefightpiracy.com,docket@wefightpiracy.com

- **Sean P Gillespie**
  sean.gillespie@cgi-law.com

- **Clayton D Halunen**
  halunen@halunenlaw.com

- **Robert Brent Irby**
  birby@mhcilaw.com

- **Samuel Bayard Isaacson**
  samuel.isaacson@dlapiper.com

- **Kenan Lee Isitt**
  kenan.isitt@cgi-law.com

- **Matthew J. Iverson**
  matthew.iverson@dlapiper.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,e_file_sd@rgrdlaw.com,ldeem@rgrdlaw.com

- **Rachel Lynn Jensen**
  rachelj@rgrdlaw.com

- **Michael Alan Johnson**
  mjohnsonlawyer@aol.com

- **Noah A Katsell**
  noah.katsell@dlapiper.com,sarah.walter@dlapiper.com

- **Stellman Keehnel**
  stellman.keehnel@dlapiper.com,patsy.howson@dlapiper.com

- **Charles J. LaDuca**
  charlesl@cuneolaw.com

- **Anthony Darrell Lehman**
  anthony.lehman@dlapiper.com

- **Ronald M. Lepinskas**
  ronald.lepinskas@dlapiper.com

- **David C Lundsgaard**
  dlundsgaard@grahamdunn.com

- **Fredrick Howard Lebron McClure**
  fredrick.mcclure@dlapiper.com

- **Bradley T. Meissner**
  bmeissner@fenwick.com,doconnor@fenwick.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Matthew Evan Miller**
  mmiller@cuneolaw.com

- **Sara Z. Moghadam**
  sara.moghadam@dlapiper.com

- **Jason Moore**
  jason@vaneyk-moore.com

- **Derek A Newman**
  derek@newmanlaw.com,docketing@newmanlaw.com,sarah@newmanlaw.com,linke@newmanlaw.com

- **Andrea Pridham**
  grenville@grenvillepridham.com

- **Julio Joaquin Ramos**
  ramosfortrustee@yahoo.com

- **Joseph Anton Roselius**
  joseph.roselius@dlapiper.com

- **Elaine A. Ryan**
  eryan@bffb.com,rcreech@bffb.com,nserden@bffb.com

- **Charles E. Schaffer**
  Cschaffer@lfsblaw.com

- **Myles A Schneider**
  myles@maschneider.com

- **John J. Stoia , Jr**
  JohnS@rgrdlaw.com,e_file_sd@rgrdlaw.com,ldeem@rgrdlaw.com

- **Brian Russell Strange**
  lacounsel@earthlink.net,abacon@strangeandcarpenter.com,gcarpenter@strangeandcarpenter.com,jhood@strangeandcarpenter.com

- **Stephen A. Swedlow**
  swedlow@swedlowlaw.com

- **Patricia Nicole Syverson**
  psyverson@bffb.com

- **James Michael Terrell**
  jterrell@mmlaw.net

- **Reginald Terrell**
  reggiet2@aol.com

- **Brendan S. Thompson**
  brendant@cuneolaw.com

- **Edward Colin Thompson**
  colin.thompson@dlapiper.com

- **Phong L. Tran**
  ptran@rgrdlaw.com

- **Phong Le Tran**
  Ptran@rgrdlaw.com,junei@rgrdlaw.com,e_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Shaun Van Eyk**
  shaun@vaneyk-moore.com,vaneyk.law@gmail.com

- **Michael D. Vhay**
  michael.vhay@dlapiper.com

- **Shawn J. Wanta**
  sjwanta@baillonthome.com,mjhensold@baillonthome.com,akgunaseelan@baillonthome.com

- **Shirli Fabbri Weiss**
  shirli.weiss@dlapiper.com,emiko.gonzales@dlapiper.com

- **Marc Aaron Wites**
  mwites@wklawyers.com

- **Christopher Munro Young**
  chris.young@dlapiper.com,sarah.walter@dlapiper.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Peter              M. Ellis
DLA Piper LLP (US)
203 North LaSalle Street
Suite 1900
Chicago, IL 60601

Andrew-NA          S Friedman
Not Admitted
,

Kenneth Hinton
4139 Peppertree Lane
Silver Spring, MD 20906
```

**E. G. Johnson**
1269 Southview Drive #101
Oxon Hill, MD 20745

**Michael         A. Johnson**
Michael A. Johnson & Associates
415 North LaSalle Street
Suite 502
Chicago, IL 60610

**Charles-NA         J. LaDuca**
Not Admitted
,

**Michael         A. McShane**
Audet & Partners, LLP
221 Main Street
Suite 1460
San Francisco, CA 94105