SHIRLI FABBRI WEISS (079225)
CHRISTOPHER M. YOUNG (163319)
KATHERINE LARSON (259556)
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA  92101-4297
Telephone: 619/699-2700
619/699-2701 (fax)
shirli.weiss@dlapiper.com
christopher.young@dlapiper.com
katherine.larson@dlapiper.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GROUPON MARKETING AND SALES PRACTICES LITIGATION | Case No.  3:11-md-02238-DMS-RBB<br><br>**DECLARATION OF SHIRLI FABBRI WEISS IN SUPPORT OF JOINT RESPONSE TO OBJECTIONS TO CLASS ACTION SETTLEMENT**<br><br>Date:       September 7, 2012<br>Time:       1:30 p.m.<br>Judge:      Hon. Dana M. Sabraw<br>Courtroom: 10 |

I, Shirli Fabbri Weiss, declare:

1.  I am an attorney licensed to practice law in California and admitted to practice before this Honorable Court, and am a partner in the law firm of DLA Piper LLP (US), attorneys of record for Defendants in the above-captioned action. I have personal knowledge of the matters set forth in this Declaration, or, to the extent the statements are based on the records in this action, I rely on those records. To the extent statements describe Groupon's business, the matters are based on publicly-disclosed statements of Groupon.

2.  Objectors have compared this action to *In re Aqua Dots Prod. Liab. Litig.*, 654 F.3d 748 (7th Cir. 2011) ("*Aqua Dots*") arguing that the settlement grants to class members, relief that they had anyway by virtue of the "Groupon Promise." The situations are not comparable, however. In *Aqua Dots* the defendant had instituted a recall program for a defective product prior to the lawsuit. In this case in contrast, Groupon denies any liability and maintains that Groupon purchasers suffered no injury and lack standing to pursue litigation, much less have any entitlement to refunds, damages, or relief of any kind. As shown in the declaration of Joe Harrow, the Groupon Promise is intended as a satisfaction guarantee regarding the purchase of the merchant partner's goods or services, not a right to a cash refund that the purchaser can elect at will or because he has allowed a promotional value date to pass regarding the Groupon Voucher he purchased.

3.  By requiring Groupon to provide a refund to Class Members where a Merchant Partner has gone out of business or refuses to honor a Settlement Voucher, the Settlement entitles Class Members to a cash refund in circumstances where they previously had, at most, merely a dispute or a claim in a merchant partner's bankruptcy.

4.  Class Counsel and counsel for Defendants worked diligently to design an efficient, streamlined and effective Claims process, and retained a highly-experienced claims administrator, Rust Consulting, to administer the claims in the Settlement.

5.  Similarly, the injunctive relief provided in the Settlement provides benefits that were not in place before this lawsuit was brought, including clarification of the expiration dates of the Purchase Value versus the separate Promotional Value; a prohibition against any expiration of

the Purchase Price Value of Vouchers issued for a period of three years; and limitations on the number of Vouchers issued annually with an expiration date of less than 30 days applicable to Promotional Value outside of specific identified exceptions.

    I declare under penalty of perjury that the foregoing is true and correct.  Executed this 24th day of August, 2012, in San Diego, California.

                                       s/ Shirli Fabbri Weiss
                                       SHIRLI FABBRI WEISS

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 24, 2012.

    s/ John J. Stoia, Jr.
JOHN J. STOIA, JR.

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:johns@rgrdlaw.com

# Mailing Information for a Case 3:11-md-02238-DMS-RBB

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Donald Chidi Amamgbo , Esq**
  donald@amamgbolaw.com

- **Jarod M Bona**
  jarod.bona@dlapiper.com

- **Mark Anthony Bulgarelli**
  markb@progressivelaw.com,kpe@progressivelaw.com,mbulgare@hotmail.com

- **Jonathan Stephen Burns**
  jburns@wklawyers.com

- **Jay S Carlson**
  JayCarlson.legal@gmail.com

- **Christopher Robert Carney**
  christopher.carney@cgi-law.com

- **Todd D. Carpenter**
  tcarpenter@bffb.com,tdinardo@bffb.com,rcreech@bffb.com,lgomez-gray@bffb.com

- **Todd David Carpenter**
  tcarpenter@bffb.com

- **Maureen Connors**
  sampc01@gmail.com

- **Dana E. Deering**
  ddeering@pdfslaw.com

- **Christopher M. Ellis**
  cellis@brelaw.com

- **Theodore Frank**
  tfrank@gmail.com

- **David A. Futscher**
  dfutscher@pdfslaw.com

- **Brett Landgon Gibbs**
  blgibbs@wefightpiracy.com,docket@wefightpiracy.com

- **Sean P Gillespie**
  sean.gillespie@cgi-law.com

- **Clayton D Halunen**
  halunen@halunenlaw.com

- **Robert Brent Irby**
  birby@mhcilaw.com

- **Samuel Bayard Isaacson**
  samuel.isaacson@dlapiper.com

- **Kenan Lee Isitt**
  kenan.isitt@cgi-law.com

- **Matthew J. Iverson**
  matthew.iverson@dlapiper.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,e_file_sd@rgrdlaw.com,ldeem@rgrdlaw.com

- **Rachel Lynn Jensen**
  rachelj@rgrdlaw.com

- **Michael Alan Johnson**
  mjohnsonlawyer@aol.com

- **Noah A Katsell**
  noah.katsell@dlapiper.com,sarah.walter@dlapiper.com

- **Stellman Keehnel**
  stellman.keehnel@dlapiper.com,patsy.howson@dlapiper.com

- **Charles J. LaDuca**
  charlesl@cuneolaw.com

- **Anthony Darrell Lehman**
  anthony.lehman@dlapiper.com

- **Ronald M. Lepinskas**
  ronald.lepinskas@dlapiper.com

- **David C Lundsgaard**
  dlundsgaard@grahamdunn.com

- **Fredrick Howard Lebron McClure**
  fredrick.mcclure@dlapiper.com

- **Bradley T. Meissner**
  bmeissner@fenwick.com,doconnor@fenwick.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Matthew Evan Miller**
  mmiller@cuneolaw.com

- **Sara Z. Moghadam**
  sara.moghadam@dlapiper.com

- **Jason Moore**
  jason@vaneyk-moore.com

- **Derek A Newman**
  derek@newmanlaw.com,docketing@newmanlaw.com,sarah@newmanlaw.com,linke@newmanlaw.com

- **Andrea Pridham**
  grenville@grenvillepridham.com

- **Julio Joaquin Ramos**
  ramosfortrustee@yahoo.com

- **Joseph Anton Roselius**
  joseph.roselius@dlapiper.com

- **Elaine A. Ryan**
  eryan@bffb.com,rcreech@bffb.com,nserden@bffb.com

- **Charles E. Schaffer**
  Cschaffer@lfsblaw.com

- **Myles A Schneider**
  myles@maschneider.com

- **John J. Stoia , Jr**
  JohnS@rgrdlaw.com,e_file_sd@rgrdlaw.com,ldeem@rgrdlaw.com

- **Brian Russell Strange**
  lacounsel@earthlink.net,abacon@strangeandcarpenter.com,gcarpenter@strangeandcarpenter.com,jhood@strangeandcarpenter.com

- **Stephen A. Swedlow**
  swedlow@swedlowlaw.com

- **Patricia Nicole Syverson**
  psyverson@bffb.com

- **James Michael Terrell**
  jterrell@mmlaw.net

- **Reginald Terrell**
  reggiet2@aol.com

- **Brendan S. Thompson**
  brendant@cuneolaw.com

- **Edward Colin Thompson**
  colin.thompson@dlapiper.com

- **Phong L. Tran**
  ptran@rgrdlaw.com

- **Phong Le Tran**
  Ptran@rgrdlaw.com,junei@rgrdlaw.com,e_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Shaun Van Eyk**
  shaun@vaneyk-moore.com,vaneyk.law@gmail.com

- **Michael D. Vhay**
  michael.vhay@dlapiper.com

- **Shawn J. Wanta**
  sjwanta@baillonthome.com,mjhensold@baillonthome.com,akgunaseelan@baillonthome.com

- **Shirli Fabbri Weiss**
  shirli.weiss@dlapiper.com,emiko.gonzales@dlapiper.com

- **Marc Aaron Wites**
  mwites@wklawyers.com

- **Christopher Munro Young**
  chris.young@dlapiper.com,sarah.walter@dlapiper.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Peter              M. Ellis
DLA Piper LLP (US)
203 North LaSalle Street
Suite 1900
Chicago, IL 60601

Andrew-NA          S Friedman
Not Admitted
,

Kenneth Hinton
4139 Peppertree Lane
Silver Spring, MD 20906
```

**E. G. Johnson**
1269 Southview Drive #101
Oxon Hill, MD 20745

**Michael         A. Johnson**
Michael A. Johnson & Associates
415 North LaSalle Street
Suite 502
Chicago, IL 60610

**Charles-NA        J. LaDuca**
Not Admitted
,

**Michael         A. McShane**
Audet & Partners, LLP
221 Main Street
Suite 1460
San Francisco, CA 94105