1  ROBBINS GELLER RUDMAN
      & DOWD LLP
2  JOHN J. STOIA, JR. (141757)
   RACHEL L. JENSEN (211456)
3  THOMAS R. MERRICK (177987)
   PHONG L. TRAN (204961)
4  655 West Broadway, Suite 1900
   San Diego, CA  92101
5  Telephone:  619/231-1058
   619/231-7423 (fax)
6  johns@rgrdlaw.com
   rachelj@rgrdlaw.com
7  tmerrick@rgrdlaw.com
   ptran@rgrdlaw.com
8
   Class Counsel
9

10                    UNITED STATES DISTRICT COURT

11                 SOUTHERN DISTRICT OF CALIFORNIA

12

13  In re GROUPON MARKETING AND SALES )   No. 3:11-md-02238-DMS-RBB
    PRACTICES LITIGATION                           )
14  _____ )   DECLARATION OF PLAINTIFF
                                                          )   HEATHER KIMEL IN SUPPORT OF
15                                                          JOINT MOTION FOR FINAL APPROVAL
                                                            OF CLASS ACTION SETTLEMENT
16
                                                            JUDGE:   Honorable Dana M. Sabraw
17                                                        DATE:     September 7, 2012
                                                            TIME:     1:30 p.m.
18                                                        CTRM:    10

19

20

21

22

23

24

25

26

27

28

744148_1

1   I, Heather Kimel, declare:

2   1.      I am a plaintiff in the above-referenced matter.  I have personal knowledge of the

3   facts set forth herein and, if called as a witness, could and would testify competently thereto.

4   2.      I am a resident of Akron, Ohio.

5   3.      On or around November 19, 2010, I received a "Daily Deal" email offer from

6   Groupon for "groupon" vouchers redeemable at Nordstrom Rack.

7   4.      According to the "Daily Deal" offer, I would pay $25.00 to Groupon in exchange for

8   a "groupon" voucher redeemable for $50.00 worth of shoes, apparel, accessories and other retail

9   products at Nordstrom Rack.

10   5.      "The Fine Print" section of the "Daily Deal" offer stated that the Nordstrom Rack

11   "groupon" voucher "Expires Dec 31, 2010."

12   6.      I purchased one "groupon" voucher for Nordstrom Rack and made payment of $25.00

13   to Groupon through Groupon's website. I received an e-mail from Groupon confirming my purchase

14   of a Nordstrom Rack groupon voucher.

15   7.      The closest Nordstrom Rack store is located in Cleveland, Ohio, which is more than

16   40 miles from my house in Akron, Ohio.  It typically takes me close to an hour to drive from my

17   house in Akron to the Nordstrom Rack in Cleveland.

18   8.      I was unable to go to the Nordstrom Rack in Cleveland and redeem the "groupon"

19   voucher before the December 31, 2010 expiration period imposed by Groupon.

20   9.      In January 2011, I emailed Groupon and asked for a cash refund for $25.00.

21   10.     A representative of Groupon responded to my email, but refused to provide me a cash

22   refund for $25.00.

23   I declare under penalty of perjury under the laws of the United States of America that the

24   foregoing is true and correct. Executed this ___ day of August, 2012, at Akron, Ohio.

26   HEATHER KIMEL

## INDIVIDUAL ACKNOWLEDGMENT

State/Commonwealth of _Ohio_ } ss.

County of _Summit_

On this the _ninth_ day of _August_ , _2012_ , before me,
_Day_ _Month_ _Year_

_Susan C. Scherba_ , the undersigned Notary Public,
_Name of Notary Public_

personally appeared _Heather Kimel_ ,
_Name(s) of Signer(s)_

☐ personally known to me – **OR** –

☒ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same for the purposes therein stated.

WITNESS my hand and official seal.

_Susan C. Scherba_
_Signature of Notary Public_

SUSAN C. SCHERBA
Notary Public, State of Ohio
My Commission Expires June 6, 2013

_Place Notary Seal/Stamp Above_

_Any Other Required Information_
_(Printed Name of Notary, Expiration Date, etc.)_

---

*INFORMATION IN AREAS 1-4 REQUIRED IN ARIZONA. OPTIONAL IN OTHER STATES.*

**Description of Any Attached Document**

1 Title or Type of Document: _Groupon Litigation_

2 Document Date: _8/9/12_    3 Number of Pages: _2_

4 Signer(s) Other
  Than Named Above: _____

**OPTIONAL**

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

© 2011 National Notary Association • NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)     Item #25936

CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 24, 2012.

 s/ John J. Stoia, Jr.
JOHN J. STOIA, JR.

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:johns@rgrdlaw.com

3:11-md-02238-DMS-RBB

# Mailing Information for a Case 3:11-md-02238-DMS-RBB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Donald Chidi Amamgbo , Esq**
  donald@amamgbolaw.com

- **Jarod M Bona**
  jarod.bona@dlapiper.com

- **Mark Anthony Bulgarelli**
  markb@progressivelaw.com,kpe@progressivelaw.com,mbulgare@hotmail.com

- **Jonathan Stephen Burns**
  jburns@wklawyers.com

- **Jay S Carlson**
  JayCarlson.legal@gmail.com

- **Christopher Robert Carney**
  christopher.carney@cgi-law.com

- **Todd D. Carpenter**
  tcarpenter@bffb.com,tdinardo@bffb.com,rcreech@bffb.com,lgomez-gray@bffb.com

- **Todd David Carpenter**
  tcarpenter@bffb.com

- **Maureen Connors**
  sampc01@gmail.com

- **Dana E. Deering**
  ddeering@pdfslaw.com

- **Christopher M. Ellis**
  cellis@brelaw.com

- **Theodore Frank**
  tfrank@gmail.com

- **David A. Futscher**
  dfutscher@pdfslaw.com

- **Brett Landgon Gibbs**
  blgibbs@wefightpiracy.com,docket@wefightpiracy.com

- **Sean P Gillespie**
  sean.gillespie@cgi-law.com

- **Clayton D Halunen**
  halunen@halunenlaw.com

- **Robert Brent Irby**
  birby@mhcilaw.com

- **Samuel Bayard Isaacson**
  samuel.isaacson@dlapiper.com

- **Kenan Lee Isitt**
  kenan.isitt@cgi-law.com

- **Matthew J. Iverson**
  matthew.iverson@dlapiper.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,e_file_sd@rgrdlaw.com,ldeem@rgrdlaw.com

- **Rachel Lynn Jensen**
  rachelj@rgrdlaw.com

- **Michael Alan Johnson**
  mjohnsonlawyer@aol.com

- **Noah A Katsell**
  noah.katsell@dlapiper.com,sarah.walter@dlapiper.com

- **Stellman Keehnel**
  stellman.keehnel@dlapiper.com,patsy.howson@dlapiper.com

- **Charles J. LaDuca**
  charlesl@cuneolaw.com

- **Anthony Darrell Lehman**
  anthony.lehman@dlapiper.com

- **Ronald M. Lepinskas**
  ronald.lepinskas@dlapiper.com

- **David C Lundsgaard**
  dlundsgaard@grahamdunn.com

- **Fredrick Howard Lebron McClure**
  fredrick.mcclure@dlapiper.com

- **Bradley T. Meissner**
  bmeissner@fenwick.com,doconnor@fenwick.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Matthew Evan Miller**
  mmiller@cuneolaw.com

- **Sara Z. Moghadam**
  sara.moghadam@dlapiper.com

- **Jason Moore**
  jason@vaneyk-moore.com

- **Derek A Newman**
  derek@newmanlaw.com,docketing@newmanlaw.com,sarah@newmanlaw.com,linke@newmanlaw.com

- **Andrea Pridham**
  grenville@grenvillepridham.com

- **Julio Joaquin Ramos**
  ramosfortrustee@yahoo.com

- **Joseph Anton Roselius**
  joseph.roselius@dlapiper.com

- **Elaine A. Ryan**
  eryan@bffb.com,rcreech@bffb.com,nserden@bffb.com

- **Charles E. Schaffer**
  Cschaffer@lfsblaw.com

- **Myles A Schneider**
  myles@maschneider.com

- **John J. Stoia , Jr**
  JohnS@rgrdlaw.com,e_file_sd@rgrdlaw.com,ldeem@rgrdlaw.com

- **Brian Russell Strange**
  lacounsel@earthlink.net,abacon@strangeandcarpenter.com,gcarpenter@strangeandcarpenter.com,jhood@strangeandcarpenter.com

- **Stephen A. Swedlow**
  swedlow@swedlowlaw.com

- **Patricia Nicole Syverson**
  psyverson@bffb.com

- **James Michael Terrell**
  jterrell@mmlaw.net

- **Reginald Terrell**
  reggiet2@aol.com

- **Brendan S. Thompson**
  brendant@cuneolaw.com

- **Edward Colin Thompson**
  colin.thompson@dlapiper.com

- **Phong L. Tran**
  ptran@rgrdlaw.com

- **Phong Le Tran**
  Ptran@rgrdlaw.com,junei@rgrdlaw.com,e_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Shaun Van Eyk**
  shaun@vaneyk-moore.com,vaneyk.law@gmail.com

- **Michael D. Vhay**
  michael.vhay@dlapiper.com

- **Shawn J. Wanta**
  sjwanta@baillonthome.com,mjhensold@baillonthome.com,akgunaseelan@baillonthome.com

- **Shirli Fabbri Weiss**
  shirli.weiss@dlapiper.com,emiko.gonzales@dlapiper.com

- **Marc Aaron Wites**
  mwites@wklawyers.com

- **Christopher Munro Young**
  chris.young@dlapiper.com,sarah.walter@dlapiper.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Peter              M. Ellis
DLA Piper LLP (US)
203 North LaSalle Street
Suite 1900
Chicago, IL 60601

Andrew-NA          S Friedman
Not Admitted
,

Kenneth Hinton
4139 Peppertree Lane
Silver Spring, MD 20906
```

**E. G. Johnson**
1269 Southview Drive #101
Oxon Hill, MD 20745

**Michael         A. Johnson**
Michael A. Johnson & Associates
415 North LaSalle Street
Suite 502
Chicago, IL 60610

**Charles-NA       J. LaDuca**
Not Admitted
,

**Michael         A. McShane**
Audet & Partners, LLP
221 Main Street
Suite 1460
San Francisco, CA 94105