Paul R. Hansmeier (MN Bar #387795)
Alpha Law Firm LLC
80 S. 8th St., Ste. 900
Minneapolis, MN 55402
612-234-5744

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GROUPON MARKETING AND SALES PRACTICES LITIGATION<br>———————————————<br>Padraigin Browne,<br>*Objector.* | ) No. 3:11-md-02238-DMS-RBB<br>)<br>) **CLASS ACTION**<br>)<br>) **NOTICE OF APPEARANCE OF**<br>) **COUNSEL FOR OBJECTOR**<br>) **PADRAIGIN BROWNE**<br>)<br>) Judge:  Hon. Dana M. Sabraw<br>)<br>)<br>) |

PLEASE TAKE NOTICE that Paul R. Hansmeier is hereby appearing as counsel for Objector PADRAIGIN BROWNE in this matter and should be put on notice via electronic service through the CM/ECF System

Respectfully Submitted,

**DATED: September 5, 2012**

By:  \_\_\_\_/s/  Paul R. Hansmeier_____

Paul R. Hansmeier (MN Bar #387795)
Alpha Law Firm LLC
80 S. 8th St. Ste 900
Minneapolis, MN 55402

*Attorney for Objector, Padraigin Browne*

1

CASE NO. 3:11-md-02238-DMS-RBB

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on **September 5, 2012**, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's ECF system.

/s Paul Hansmeier

CASE NO. 3:11-md-02238-DMS-RBB