Paul R. Hansmeier (MN Bar #387795)
Alpha Law Firm LLC
80 S. 8th St., Ste. 900
Minneapolis, MN 55402
612-234-5744

*Attorney for Objector,*
*Padraigin Browne*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GROUPON MARKETING AND SALES PRACTICES LITIGATION | No. 3:11-md-02238-DMS-RBB |
| ——————————————— | **CLASS ACTION** |
| Padraigin Browne, | **ADMINISTRATIVE MOTION TO APPEAR BY TELEPHONE** |
| *Objector.* | Judge: Hon. Dana M. Sabraw<br>Date:  Sept. 7, 2012<br>Time:  1:30 PM<br>Courtroom:  10 |

### ADMINISTRATIVE MOTION TO APPEAR BY TELEPHONE

Objector Padraigin Browne, through her undersigned counsel, Paul Hansmeier, and pursuant to Southern District of California Local Rules, hereby requests this Court's permission to allow Mr. Hansmeier to appear by telephone at the upcoming Fairness Hearing on Final Approval of the Proposed Settlement, scheduled for September 7, 2012, at 1:30 p.m. in Courtroom 10. Objector makes this request in light of the fact that Mr. Hansmeier's office is located in Minneapolis, Minnesota and the expenses and burden of traveling back and forth would be great, particularly in light of the two times the upcoming Fairness Hearing has been rescheduled. Mr. Hansmeier can be reached at 612-234-5744.

                                                Respectfully Submitted,

**DATED: September 5, 2012**

                                  By:      /s/  Paul R. Hansmeier

                                                Paul R. Hansmeier (MN Bar #387795)
                                                Alpha Law Firm LLC
                                                80 S. 8th St. Ste 900
                                                Minneapolis, MN 55402

                                                *Attorney for Objector, Padraigin Browne*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on **September 5, 2012**, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's ECF system.

/s Paul Hansmeier