Paul R. Hansmeier (MN Bar #387795)
Alpha Law Firm LLC
80 S. 8th St., Ste. 900
Minneapolis, MN 55402
612-234-5744

*Attorney for Objector,*
*Padraigin Browne*

## IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GROUPON MARKETING AND SALES PRACTICES LITIGATION<br><br>―――――――――――――――――<br><br>Padraigin Browne,<br><br>　　*Objector.* | No. 3:11-md-02238-DMS-RBB<br><br>**CLASS ACTION**<br><br>**NOTICE OF FILING**<br><br>Judge:  Hon. Dana M. Sabraw |

### **OBJECTOR BROWNE'S NOTICE OF FILING**

Objector Padraigin Browne, by and through her undersigned counsel, Paul R. Hansmeier, hereby gives Notice of Filing of a true and correct copy of the "FAQ" page on the Groupon.com website as it appeared to the public on September 11, 2012, as Exhibit A. This Notice of Filing is supported by the attached Declaration of Paul R. Hansmeier.

At the Fairness Hearing on September 7, 2012, Class Counsel represented that the Settlement Vouchers, and the related First Settlement Fund, would benefit the settlement class members by guaranteeing that class members could receive value equivalent to the amount paid for their Groupon Vouchers after the promotional value had expired, where no such guarantee would otherwise exist.

For this reason, the true and correct copy attached here as Exhibit A is relevant to the matter currently under consideration by the Court.

                                              Respectfully Submitted,

**DATED: September 11, 2012**

                                      By:       /s/  Paul R. Hansmeier

                                                    Paul R. Hansmeier (MN Bar #387795)
                                                    Alpha Law Firm LLC
                                                    80 S. 8th St. Ste 900
                                                    Minneapolis, MN 55402

                                                    *Attorney for Objector, Padraigin Browne*