Paul R. Hansmeier (MN Bar #387795)
Alpha Law Firm LLC
80 S. 8th St., Ste. 900
Minneapolis, MN 55402
612-234-5744

*Attorney for Objector,*
*Padraigin Browne*

## IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GROUPON MARKETING AND SALES PRACTICES LITIGATION<br><br>———————————————<br><br>Padraigin Browne,<br><br>    *Objector*. | No. 3:11-md-02238-DMS-RBB<br><br>**CLASS ACTION**<br><br>**DECLARATION OF PAUL R. HANSMEIER**<br><br>Judge: Hon. Dana M. Sabraw |

### **DECLARATION OF PAUL R. HANSMEIER**

I, Paul R. Hansmeier, declare under penalty of perjury as true and correct that:

1. I am an attorney representing Padraigin Browne.
2. On September 11, 2012, I directed my law clerk to make a copy of the "FAQ" page on the Groupon.com website.
3. Under my direct supervision, my law clerk opened the Adobe Acrobat Pro software on a Windows computer. He used the menu to select the "make PDF from webpage" option. He entered the URL: "http://groupon.com/FAQ" into the related dialog box, and clicked

on "create." He monitored the Adobe Acrobat Pro software as it downloaded all elements of the webpage and created a PDF file.

4. I compared the resulting PDF file for accuracy to the webpage located at the URL: "http://groupon.com/FAQ," and determined that the file was a true and correct copy of the webpage.

5. I attached the resulting PDF file here as Exhibit A. The attached Exhibit A is a true and correct copy of the "FAQ" webpage on the Groupon.com website.

6. I declare under penalty of perjury that the foregoing is true and correct of my own personal knowledge, and if called upon to testify I can competently do so as set forth above.

Executed on September 11, 2012, in Minneapolis, MN.


By:      /s/  Paul R. Hansmeier

Paul R. Hansmeier (MN Bar #387795)
Alpha Law Firm LLC
80 S. 8th St. Ste 900
Minneapolis, MN 55402

*Attorney for Objector, Padraigin Browne*