# EXHIBIT A

| | Featured Deal | All Deals | Now! Deals | Getaways | Goods | Rewards | Sign In | Sign Up |

# FAQ

Find some Q&As below about Groupon

- [Questions about a daily Groupon deal?](#)
- [Questions about a Groupon Now!™ deal?](#)
- [Questions about a GrouponLive or Ticketed Event deal?](#)
- [Questions about a Groupon Goods deal?](#)
- [Questions about a promotional code deal?](#)
- [Questions about a Groupon Getaways deal?](#)
- [General questions about Groupon?](#)

## Our Promise To You



If the experience using your Groupon ever lets you down, we'll make it right or return your purchase. Simple as that.

### What happens if my Groupon's promotional value expires?

All is not lost! If your Groupon's promotional value expires, you can always redeem it for the amount paid. For more information about expiration dates and voucher values, read our Terms of Sale

### Do I have to sign up a group of people I know to get the deal?

Nope - our millions of members make up a big enough group. You'll probably want to invite people anyway, though — Groupons are fun to use with friends, grandparents, and men who wear monocles.

### I like today's deal - how do I get it?

Just click "BUY" before the offer ends at midnight. If the minimum number of people sign up, we'll charge your card and send you a link to print your Groupon. If not enough people join, no one gets it (and you won't be charged), so invite your friends to make sure you get the deal!

### What happens if the Groupon doesn't reach its required minimum number of purchasers?

If not enough people sign up, then the deal is canceled, and you won't be charged. Better luck next time! So if you really want the Groupon, be sure to either beg or threaten your friends.

### The fine print says "Limit 1 per person" and "May buy multiples as gifts." Can I buy myself some Groupons as gifts to myself and use more than one?

No. If the fine print says this, you can only redeem one. If you buy more than one then you have to give them away as gifts to other people.

### Do I need to use my Groupon the same day I buy it?

No. In fact, most Groupons cannot begin to be used until the day after your purchase. If you are ever able to use it on the same day, it will be specified in the deal's Fine Print. Groupon Now!™ Groupons are specifically for same day use.

### I bought a Groupon - how do I use it?

Once you're charged, you'll receive an email with a link to sign in and print your Groupon. The Groupon has redemption instructions and a map right on it!

### Can I buy a Groupon as a gift for someone else?

Yes. We communicate with all the businesses that we work with that Groupons can be gifted, and unless the Fine Print

specifically states otherwise, gift away! To have us send them the gift, select the gift option at checkout.

### Wait, my name is on the Groupon. Are you sure I can use this as a gift?

Yes!

### Can I combine my Groupon with other offers or specials?

No... not unless the Groupon specifically states otherwise.

### How much sales and use tax should be charged when a Groupon is redeemed?

States and cities often have complicated sales and use tax laws that may be confusing to you. Factors such as where you live, where you redeem your Groupon and for what goods or services you redeem it may affect how the Groupon is treated for purposes of taxation. It is every merchant's responsibility to collect and remit tax as required by applicable law.

### Am I charged as soon as I join a Groupon?

You are only charged if the deal reaches the required tipping point and the deal is on. If you join a Groupon after the deal has tipped (making the deal on), your credit card will be charged immediately upon purchase.

### Can I return a Groupon?

Read about the Groupon Promise here.

### What if I change my mind and no longer want my Groupon?

Good news! You can cancel or edit your own purchase up until midnight on the day you bought it! If you can no longer edit your own purchase, simply contact us here. Refund requests are handled on a case-by-case basis.

### What if the business for my Groupon closes down?

If anything happens that makes it impossible for you to redeem your Groupon, we'll make sure you get your money back.

↑ **Back to top**

### What is Groupon Now!™?

Groupon Now!™ is a way for you to get great deals from merchants that you must redeem right away. Most deals are available in limited quantities and available only for a short period of time. Looking for something to do right now? Don't wait! Buy a Groupon Now!™ deal today. Learn more about Groupon Now!™ here.

### When can I use a Groupon Now!™ Groupon?

The redemption period will always be listed in the Fine Print section of the deal page. When you buy a Groupon Now!™ Groupon, you should expect to use it that day.

### What happens if I don't use my Groupon Now!™ voucher in time?

No harm, no foul. If you don't use your Groupon Now! voucher before the promotional value expires, we will refund the purchase value to the purchaser in the original form of payment.

↑ **Back to top**

### What is GrouponLive?

GrouponLive delivers deals on the hottest tickets around town. We feature sports, concerts, theatre, and other events where applause is appreciated. Check out your Daily Deal email or the All Deals tab to find GrouponLive deals.

### What is a G-Pass™?

G-Pass™ tickets from Groupon grant you direct admission to some of your favorite live entertainment events. For shows using G-Pass tickets, just print your G-Pass, by-pass the box office, proceed directly to your gate and take your seat - no need to redeem a Groupon voucher for a ticket at the box office before the show!

### How will tickets be distributed and how will my seat be assigned?

It depends. Read the offer's Fine Print and other applicable terms carefully before you buy tickets. For select events, you'll receive a G-Pass ticket, which will include your seating information, unless the event is General Admission, and is your ticket. We strongly recommend you print your G-Pass to use it for entry to the event. If the deal page does not specify that G-Pass ticketing is used, you must exchange your voucher for a ticket. Tickets are usually distributed on a first-come, first-served basis at ticket pick up. Seating may be assigned on a first-purchased, first-served basis.

## Can I get a refund?

Only if you act quickly! Unlike most vouchers that you purchase through Groupon, tickets purchased through Groupon are only refundable on the day of purchase. Please review our Extraordinary Events Policy for details on refund exceptions. Learn more about GrouponLive and Ticketed Events here.

## May I change the name of the person who can use the ticket?

If you need to change the name on a Groupon voucher, you can contact our customer service team at (877) 788-7858 or contact us here until one day prior to the event. Please note that requests to change the name on a ticket will not be honored if they are submitted less than 24 hours before the event.

↑ Back to top

## What is Groupon Goods?

Groupon Goods features really great deals on some of today's coolest, most innovative, and Y2K-compliant products. To get airspace on Groupon Goods, a product has to be cool enough to share and innovative enough to inspire. We'll drop the newest goods right into your inbox, but you can also discover them yourself under the "Goods" tab on Groupon.com.

## I bought something through Groupon Goods - how do I get my stuff?

First, check the deal's Fine Print to see whether the item was sold by Groupon Goods or another merchant.

**Item sold by Groupon Goods:** Most of the time, you won't have to do anything once you order - just wait for your goods to arrive. We'll send you an order confirmation and provide your shipping information to our supplier or distributor, who will ship your order on our behalf.

**Item sold by a merchant:** In some instances you will be redirected to the merchant's website to complete the purchase process directly with the merchant. More commonly, you'll redeem your purchase with a traditional voucher that contains redemption instructions and a super-secret promotional code that you'll need to redeem on the merchant's site to get your stuff. Learn more about promotional codes.

## When and how will my goods arrive?

**The When:**

If no delivery window is stated in the Fine Print of the deal or in your order confirmation, goods may take up to 30 days to arrive, but we'll provide tracking information whenever possible. Please notify us immediately if you don't receive your order within the time promised, or if the products are damaged, defective, not what you ordered or homesick.

**The How:**

Shipping and tracking options, and any shipping fees, will be stated in the deal's Fine Print, and may vary by offer. Most products purchased through Groupon Goods may be shipped to any state in the United States except Hawaii, Alaska and certain moon colonies. Some deals have more restricted shipping options, while others may allow shipping to Hawaii, Alaska, Puerto Rico or Canada. Check the deal's Fine Print for shipping details.

## May I exchange a product I buy on Groupon Goods for a different item?

At this time we do not offer replacements, exchanges, or clones. Please read about refunds and returns below.

## Can I return items I buy from Groupon Goods for a refund?

If we sell the items directly to you, the answer is usually yes! Unless otherwise stated in the Fine Print, you may return almost any item you purchased directly from Groupon Goods within 14 days of receipt. However, beauty products (excluding electronics), food, beverages and other perishable items, and any items marked "final sale" are nonrefundable and may not be returned.

Some items offered by Groupon Goods are final sale or have a custom return policy, so make sure to check the deal's Fine Print before you buy.

## How do I return Items I buy from Groupon Goods?

If your purchase is eligible for a return, contact us within 14 days of receipt to request a return authorization. Items must be shipped back unused (unless defective) and sealed in original packaging, with all original parts and accessories included. You are responsible for the cost of the return shipping and throwing the item a farewell party. **See above for information on eligible returns.**

Groupon will not process or take title to a returned good until the return shipment is received and accepted at the address shown on your return mailing-label.

## When do I get my money back from a returned Groupon Goods product?

If your Groupon Goods purchase qualifies for a refund, we will refund the amount you paid within 30 days after your properly returned shipment has been processed. Applicable shipping charges and restocking fees (if any are disclosed in the terms of the offer) may be deducted from your refund.

## Whom do I contact with questions or concerns about my Groupon Goods order?

This process will vary depending on whether the item was sold by Groupon Goods or another merchant. See below for details.

**Item sold by Groupon Goods:** As always we offer our Grade-A customer support with real people or very convincing robots who get back to you with answers as soon as possible - usually with 24 hours. Click here to contact Customer Support.

**Item sold by a merchant:** Please contact the merchant directly. The merchant's contact information will typically be provided in the deal's Fine Print. If the merchant failed to address your concerns or if you have questions about the terms of the deal, the nature of Groupon, or how dolphins sleep without drowning, please contact us.

## Are Groupon Goods products covered by a warranty?

The items sold on Groupon and Groupon Goods, either directly or through a merchant, are provided AS IS.

Although we do our best to make sure that the descriptions of products on our site are accurate and complete, we cannot guarantee they are. However, if you order something that does not match its description on the site, you may return it, unused and sealed in the original packaging as described above. Please read more about warranties in our terms of use.

**To obtain a manufacturer's warranty, please contact the manufacturer directly.** Groupon Goods or a particular merchant may not be an authorized re-seller of goods sold via our website, in which cases the goods may not be covered by the applicable manufacturer's warranty.

## Can I edit my Groupon Goods purchase?

Of course! But you'll need to be speedy-- Groupon Goods orders can be edited for only up to 2 hours after making your purchase. Once that 2 hour window closes, your order will begin to prepare for the pilgrimage to its new home.

## Is sales tax charged on Groupon Goods?

Yes, all items sold by Groupon Goods and shipped to any address in the United States are subject to sales tax. The appropriate charges will be added to your merchandise total and displayed on the checkout screen. Click here for information about sales tax for promotional code deals.

## How is sales tax computed?

The amount of tax depends on many factors, including the type of item purchased and where it is being shipped. If something is subject to sales tax in the state to which the order is shipped, tax is generally calculated on the selling price of each individual item. As required by applicable state law, the selling price of an item could include item-level shipping-and-handling costs. Groupon works with a leading service provider to obtain sales-tax rates.

## How does Groupon Goods determine the "list price" of an item it sells?

Great question. The "list price" may be based on a survey of other online merchants, tied to a particular merchant's current or former price, or suggested by either the manufacturer or our supplier. It is not necessarily representative of current prices of other online merchants or the prevailing retail price in every area. An offer that's a fantabulous deal in one area may only be a stupendous deal in another due to regional price differences and the spotty existence of the word fantabulous.

#### Can I buy from Groupon Goods in bulk?

Although we'd like to satisfy the bulk orders of extended families, school groups and clown car occupants, we limit the quantity customers can order to give all users a fair shot at the deal.

#### I'm a merchant and would like to partner with Groupon Goods. Should I send a product sample?

We love your enthusiasm! The first step to getting featured in Groupon Goods is filling out this form.

Please **do not** send unsolicited product samples, irreplaceable materials or anything that you want returned. Groupon is not responsible for payment for any product samples or the handling, arrival, or return of any samples.

↑ Back to top

#### What are promotional codes and how do they work?

After purchasing certain tangible products from Groupon merchants through Groupon Goods or another Groupon platform, you may receive a unique, time-limited, alphanumeric code ("promotional code") listed on your voucher or other order confirmation. Redeem your code through the merchant's site to receive your purchased goods. Redemption instructions will also be printed on your voucher or order confirmation, and will specify the steps you should follow.

#### My promotional codes are about to expire during my annual hibernation. What now?

Promotional codes must be used before the listed expiration date. If the code expires before you use it, however, we'll refund the amount paid to the original purchaser, unless otherwise stated in the deal's Fine Print.

We'll contact you shortly after your promotional code's expiration so that you can choose to receive your refund in either Groupon Bucks or the original form of payment. If we don't hear from you, we'll refund the amount paid in the original form of payment.

#### What about shipping and sales tax on promotional code deals?

Unless otherwise noted, promotional codes include shipping and other fees. Promotional codes may not be combined with other offers. Please consult each deal's Fine Print for more information.

The merchant may collect sales taxes from residents of certain states when promotional codes are redeemed on the merchant's site.

↑ Back to top

#### What is Groupon Getaways with Expedia?

Groupon has teamed up with Expedia to create Groupon Getaways, which features select travel experiences at great values. We look into each destination, whether it's a five-star resort or a cozy bed and breakfast, and provide local insights to make every travel experience one of a kind. Backed by the Groupon Promise, Groupon Getaways will inspire you to explore the world—one deal at a time.

#### How do I book my Getaway?

After your purchase, your Groupon Getaways voucher will be available in your account under "My Groupons" and will have all the necessary booking information. Here are the steps to follow:

- Find the deal that's right for you.
- Purchase your Groupon Getaways voucher.
- Contact the merchant, as specified on your Groupon Getaways voucher or in the Fine Print & Details, before the book-by date (a.k.a. the promotional value expiration date).
- Book a date within the travel window specified in the Fine Print & Details.
- Mention your Groupon Getaways voucher and provide your credit card information, if necessary to secure your reservation.
- Safe travels!

#### What if I can't book or travel before the promotional value expires?

If the promotional value of your Groupon Getaways voucher expires before you use it, the voucher is still worth what you

paid for it as a credit with the merchant toward the advertised experience. Additionally, each Groupon Getaways deal carries a booking guarantee. If you aren't able to book the dates you want after purchasing, please call us for a refund before the promotional value expires.

### What happens if I need to cancel my trip after I have booked with the property?

Make sure you call the property and cancel your reservation. You may be charged a cancellation fee. Be sure to check the Fine Print & Details for the applicable cancellation policy before purchasing and booking.

↑ **Back to top**

### What is Groupon?

Each day, Groupon features unbeatable deals on the best stuff to do, see, eat, and buy in your city. By promising businesses a minimum number of customers, we secure discounts you won't find anywhere else. We call it "collective buying power"! We also feature Groupon Now!™, which offers deals to be used immediately after purchase.

### Is Groupon safe?

Extremely. Your credit card number is transmitted by SSL directly to a secure electronic vault. At no time is your credit card information stored on our servers.

### Do you ever remove comments from the discussion board?

Generally, no. We only remove comments when someone is making personal attacks or engaging in other conventional forms of trolling.

### How can I get my business on Groupon?

Check out GrouponWorks for more information.

### I just sent a referral to my friend - now what?

If your friend makes their first Groupon purchase within 72 hours from the time they click on the referral link you send them, we'll send you an email to tell you that we've put $10 in Groupon Bucks in your account.

### What if the person I refer subscribes to the site - any love for that?

Of course! If someone you refer subscribes within 72 hours, you'll receive $10 in Groupon Bucks whenever they make their first purchase.

### Can I refer as many people as I want?

Yes, you can refer as many people as you want. However, you may only earn up to a maximum of $100 in Groupon Bucks over the lifetime of your participation across all referrals ("Lifetime Program Limit").

### I received referral links from three people - do they all get rewarded?

No, only the last link you click on before making your first purchase will generate a reward for the person who sent it to you. Which friend do you like best?

### One of your write-ups stated that "hummingbirds come from cocoons"... I'm not sure that's correct.

Thank you for your suggestion, but it is correct.

### Where did you get the name "Groupon?"

Groupon is a city in Switzerland where Goodyear tires are sold at heavily discounted rates.

### When will Groupon be in my city?

Hopefully soon - we're growing fast. If you'd like to help us launch Groupon in your city, feel free to contact us.

### Who are you guys?

Groupon evolved out of The Point, a platform for organizing not only group discounts, but all forms of collective action. You can learn more about Groupon, and learn more about The Point.

FAQ
Case 3:11-md-02238-DMS-RBB   Document 89-2   Filed 09/11/12   Page 8 of 8

### Where is Groupon based?

Groupon is headquartered in Chicago. We also have employees in cities across the U.S.

↑ **Back to top**

**Get Groupon on Your Mobile Phone**

Purchase, manage and redeem Groupons directly from your mobile device.

Get the app now



**Grow Your Business with Us**

Learn how to get your business featured on Groupon. Get started

**Help Your Community**

Discover local causes and lend a helping hand. Make a big impact with one little click. Get involved



**American Express® Cards Welcomed by Groupon**

| Company | Get Help | Work With Us | More... | Unbeatable Deals for Local Adventures! |
|---|---|---|---|---|
| Home | FAQ | Merchant Rewards | Gift Cards | Groupon is an easy way to get huge discounts while discovering fun activities in your city. Our daily local deals consist of restaurants spas massages theaters hotels and a whole lot more, in hundreds of cities across the world. |
| About Groupon | Customer Support | Affiliate Program | Mobile | |
| Blog | Return Policy | Run a Deal | Live Off Groupon | |
| Press | Terms Of Use | Developers / API | Grouspawn | |
| Jobs | Privacy Statement | Groupon Referral Widget | Breadcrumb iPad POS | |
| Investor Relations | Safe Harbor | Help Your Community | Share Photos | |

© 2012 Groupon, Inc. All Rights Reserved.

Follow Us: