Paul R. Hansmeier (MN Bar #387795)
Alpha Law Firm LLC
80 S. 8th St., Ste. 900
Minneapolis, MN 55402
612-234-5744

*Attorney for Objector,*
*Padraigin Browne*

# IN THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GROUPON MARKETING AND SALES PRACTICES LITIGATION<br>———————————————<br>Padraigin Browne,<br>    *Objector.* | No. 3:11-md-02238-DMS-RBB<br>**CLASS ACTION**<br>**NOTICE OF RECENT DECISION**<br>Judge: Hon. Dana M. Sabraw |

### OBJECTOR'S NOTICE OF RECENT DECISION

At the Fairness Hearing on September 7, 2012, Objector Browne and other Objectors' counsel referred to the fact that on September 4, 2012, the Ninth Circuit withdrew, revised and refiled its decision in *Dennis v. Kellogg*, Nos. 11-55674, 11-55706 (9th Cir. Sept. 4, 2012). For the Court's convenience, a true and correct copy is attached as Exhibit A.

In that decision, the Ninth Circuit struck down a settlement agreement where the true value of a *cy pres* initiative had yet to be determined, making it impossible to assess or evaluate the true value of the settlement, and where there was no assurance that the *cy pres* distribution would bear any nexus to the class or their claims.

> Class counsel and Kellogg ask us for the impossible—a verdict before the trial. They essentially say, "Just trust us. Uphold the settlement now, and

> we'll tell you what it is later." But that is not how appellate review works. The settlement provides no assurance that the charities . . . will bear any nexus to the plaintiff class or to their false advertising claims and therefore violates our well-established standards governing *cy pres* awards. Moreover, the true value of the product *cy pres* initiative has yet to be determined, making it impossible to assess, and thus evaluate, the true value of the common fund.

*Dennis v. Kellogg*, Nos. 11-55674, 11-55706 (9th Cir. Sept. 4, 2012).

Respectfully Submitted,

**DATED: September 11, 2012**

By:   \_\_\_\_/s/  Paul R. Hansmeier_____

Paul R. Hansmeier (MN Bar #387795)
Alpha Law Firm LLC
80 S. 8th St. Ste 900
Minneapolis, MN 55402

*Attorney for Objector, Padraigin Browne*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on **September 11, 2012**, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's ECF system.

/s/  Paul R. Hansmeier