# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: GROUPON, INC., MARKETING AND SALES PRACTICES LITIGATION, | CASE NO. 11md2238 DMS (RBB)<br><br>**ORDER VACATING STATUS CONFERENCE** |

In light of the parties' submission of an amended stipulation of class action settlement, the status conference scheduled for October 12, 2012, is vacated.

**IT IS SO ORDERED**.

DATED: October 5, 2012

HON. DANA M. SABRAW
United States District Judge

- 1 -