Grenville Pridham
Christopher V. Langone, Of Counsel
2522 Chambers Road, Suite 100
Tustin, CA   92780
(714) 486-5144
grenville@grenvillepridham.com
Counsel for Objector ANDREA PRIDHAM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GROUPON MARKETING AND SALES PRACTICES LITIGATION | Case No. 3:11-md-02238-DMS-RBB<br>Pleading Type: Class Action<br><br>NOTICE OF MOTION and OBJECTOR PRIDHAM'S MOTION FOR ATTORNEYS' FEES AND COSTS<br><br>Judge: The Hon. Dana Sabraw<br>Hearing: December 14, 2012<br>Time: 1:30 P.M.<br>Location: Courtroom 10 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE** that on December 14, 2012 at 1:30 p.m. in Courtroom 10 of the United States District Courthouse for the Southern District of California, which is located at 940 Front St., San Diego, California 91201, Objector ANDREA PRIDHAM will, and hereby does, respectfully move the Court for an Order granting Objector Pridham's Motion for Attorneys' Fees and Costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 of 3

1   This motion is based on this Notice, Objector's supporting Memorandum of Points and

2   Authorities, the pleadings and papers on file in this action, any replies in support of the motions, and on

3   such oral and documentary evidence and argument as may be presented at the time of the hearing.

4       DATED: November 14, 2012.

5                                       /s/ Grenville Pridham
                                        Grenville Pridham
6                                       2522 Chambers Road, Suite 100
                                        Tustin, CA   92780
7                                       (714) 486-5144

8                                       grenville@grenvillepridham.com
                                        Counsel for Objector Andrea Pridham
9

10

11      Objector Andrea Pridham, by and through her attorney, Grenville Pridham, hereby moves under

12  the common-fund doctrine for an award of costs in bringing her objection, which resulted in an

13  improvement to the settlement fund, an incentive award of $500.00, and attorneys' fees in the amount of

14  $18,750.00, *e.g.* 25% of the amount by which the settlement fund was increased.  In support, Objector

15  Pridham provides a concurrently-filed Memorandum of Law and states as follows:

16      1.   Andrea Pridham, a class member in this case, filed an objection to the 1st settlement

17           agreement reached by Defendant and Class Counsel.  Specifically, she objected to an

18           improper *cy pres* provision which diverted a minimum $75,000.00 from the settlement

19           fund to organizations which do not serve the interests of absent class members as required

20           under fluid recovery doctrine.

21      2.   Objector Pridham's objection to the improper *cy pres* provision was significantly more

22           thoroughly supported than any of the arguments on the issue submitted by other objectors.

23      3.   This Court rejected the first settlement and upheld Pridham's objection, holding that the

24           *cy pres* provision was improper but that it could not strike the provision and approve the

25           settlement, because only the parties themselves may effectuate such a change. In holding

26           the *cy pres* provision illegal, this Court relied heavily upon arguments and authority

27           presented in Pridham's objection.

28

Page 2 of 3

4.      Class Counsel and Defendant have submitted a second settlement to the Court which has not yet been noticed for preliminary approval, and is virtually identical to the first settlement but without the offending *cy pres* provision. Instead, the $75,000.00 amount which would have been diverted to organizations not serving the class has been returned to the settlement fund for distribution to class members.

5.      Thus, Pridham's objection directly resulted in an improvement to the settlement fund in the amount of $75,000.00, and she is entitled to an incentive award equal to that of the class representative who agreed to the improper *cy pres* provision and an award of attorneys' fees and costs under the common fund doctrine.

WHEREFORE, Objector Pridham prays for entry of an order granting its Motion for Attorneys' Fees and Costs, and awarding the following relief:

(a) Reimbursement of costs incurred in objecting to the settlement;

(b) Attorneys' fees in the amount of $18,750.00, (25% of the amount by which the settlement fund was increased); and

(c) An incentive award of $500.00 for protecting the interests of absent class members, which is equal to the amount awarded to the class representatives under the settlement.

DATED: November 14, 2012.

/s/ *Grenville Pridham*
Grenville Pridham
2522 Chambers Road, Suite 100
Tustin, CA  92780
(714) 486-5144

grenville@grenvillepridham.com
Counsel for Objector Andrea Pridham