**FILED**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

MAY 17 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: GROUPON MARKETING AND SALES PRACTICES LITIGATION, _____ ANTHONY FERREIRA; et al.,         Plaintiffs - Appellees,  v. PADRAIGIN BROWNE,         Objector - Appellant,  V. GROUPON, INC.; et al.,         Defendants - Appellees. | No. 13-55118 D.C. No. 3:11-md-02238-DMS-RBB Southern District of California, San Diego ORDER |
| In re: GROUPON MARKETING AND SALES PRACTICES LITIGATION, _____ ANTHONY FERREIRA; et al.,         Plaintiffs - Appellees,  v. CHRIS BROWN; et al., | No. 13-55120 D.C. No. 3:11-md-02238-DMS-RBB Southern District of California, San Diego |

|  |  |
|---|---|
| Objectors - Appellants, <br><br> V. <br><br> GROUPON, INC.; et al., <br><br> Defendants - Appellees. | |

| | |
|---|---|
| In re: GROUPON MARKETING AND SALES PRACTICES LITIGATION, <br><br> ──────────────── <br><br> ANTHONY FERREIRA; et al., <br><br> Plaintiffs - Appellees, <br> v. <br><br> SEAN HULL, <br><br> Objector - Appellant, <br><br> V. <br><br> GROUPON, INC.; et al., <br><br> Defendants - Appellees. | No. 13-55128 <br><br> D.C. No. 3:11-md-02238-DMS-RBB <br> Southern District of California, San Diego |

Before: Peter L. Shaw, Appellate Commissioner.

  On April 5, 2013, attorney Paul R. Hansmeier entered his notice of appearance as counsel of record for Objector-Appellant Padraigin Browne. At that

ES/AppellateCommissioner

time, Hansmeier's application for admission to the bar of the Ninth Circuit was pending.

On May 15, 2013, the court ordered that Hansmeier's application for admission be held in abeyance pending the outcome of his referral to the Minnesota State Bar and the Central District of California Standing Committee on Discipline in *Ingenuity 13 LLC v. Doe*, No. 2:12-cv-8333-ODW(JCx) (C.D. Cal. May 6, 2013) (Order Imposing Sanctions). *See In re Hansmeier*, No. 13-80114.

Because Hansmeier's application for admission to the court's bar cannot be approved at this time, he cannot represent parties in this appeal. *See* Fed. R. App. P. 46(a); 9th Cir. R. 46-1.2. Accordingly, within 14 days after the filing of this order, Hansmeier shall withdraw from this case. Hansmeier's notice of withdrawal shall contain proof that he has informed Browne that Hansmeier cannot represent him in this court and that Browne may obtain new counsel or represent himself. Hansmeier's notice of withdrawal shall also contain contact information for Browne unless a notice of substitution of counsel has been filed by the time Hansmeier files his notice of withdrawal.

Failure timely to comply with this order may result in sanctions.

ES/AppellateCommissioner