FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 19 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: GROUPON MARKETING AND SALES PRACTICES LITIGATION, <br><br> ——————————————— <br><br> ANTHONY FERREIRA; et al., <br><br>         Plaintiffs - Appellees, <br><br>  v. <br><br> CHRIS BROWN; et al., <br><br>         Objectors - Appellants, <br><br>  v. <br><br> GROUPON, INC.; et al., <br><br>         Defendants - Appellees. | No. 13-55120 <br><br> D.C. No. 3:11-md-02238-DMS-RBB <br> Southern District of California, San Diego <br><br><br> ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

    The appellants' opposed motion for a second extension of time to file the opening brief is granted.

    The opening brief is now due June 28, 2013.  Any further motion to extend the due date of the opening brief is disfavored.

    The answering brief is due July 29, 2013.  The optional reply brief is due within 14 days after service of the answering brief.

GS   App. Comm.  06/17/2013/Pro Mo