**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 30 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: GROUPON MARKETING AND SALES PRACTICES LITIGATION, <br><br> ANTHONY FERREIRA; et al., <br><br>     Plaintiffs - Appellees, <br><br>  v. <br><br> PADRAIGIN BROWNE, <br><br>     Objector - Appellant, <br><br>  v. <br><br> GROUPON, INC.; et al., <br><br>     Defendants - Appellees. | No. 13-55118 <br><br> D.C. No. 3:11-md-02238-DMS-RBB <br> Southern District of California, San Diego <br><br><br> ORDER |
| In re: GROUPON MARKETING AND SALES PRACTICES LITIGATION, <br><br> ANTHONY FERREIRA; et al., <br><br>     Plaintiffs - Appellees, <br>  v. <br><br> SEAN HULL, <br><br>     Objector - Appellant, | No. 13-55128 <br><br> D.C. No. 3:11-md-02238-DMS-RBB <br> Southern District of California, San Diego |

v.

GROUPON, INC.; et al.,

        Defendants - Appellees.

Before: REINHARDT and GOULD, Circuit Judges and MOTZ,[*] Senior District Judge.

The panel judges have voted to deny Plaintiffs-Appellees' petition for panel rehearing. Plaintiffs-Appellees' petition for panel rehearing, filed March 19, 2015, is DENIED.

---

[*] The Honorable J. Frederick Motz, Senior District Judge for the U.S. District Court for the District of Maryland, sitting by designation.