| | |
|---|---|
| 1 | DLA PIPER LLP (US) |
| 2 | SHIRLI FABBRI WEISS (79225)<br>CHRISTOPHER M. YOUNG (163319) |
| 3 | 401 B Street, Suite 1700<br>San Diego, CA  92101-4297 |
| 4 | Telephone: 619/699-2700<br>619/699-2701 (fax) |
| 5 | shirli.weiss@dlapiper.com<br>christopher.young@dlapiper.com |
| 6 | |
| 7 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re GROUPON MARKETING AND SALES PRACTICES LITIGATION | ) ) ) ) ) ) ) | No. 3:11-md-02238-DMS-RBB<br><br>NOTICE AND DECLARATION OF TERMINATION OF SETTLEMENT AGREEMENT<br><br>Judge:   Hon. Dana M. Sabraw |
|---|---|---|

I, Shirli Fabbri Weiss, declare:

1. I am an attorney licensed to practice law in California and admitted to practice before this Honorable Court, and am a partner in the law firm of DLA Piper LLP (US), attorneys of record for Defendants in the above-captioned action, including Groupon, Inc. ("Groupon"). I have personal knowledge of the matters set forth in this Declaration.

2. Pursuant to Section N.1.(c) of the parties' Amended Stipulation of Settlement ("Settlement Agreement") (Dkt. 98-1 at § N.1.(c)) and the Court's April 9, 2015 Order granting the parties' stipulation to extend certain deadlines set forth in the Settlement Agreement (Dkt. 145), Defendant Groupon gives notice to this Honorable Court and all Parties that it terminates the Settlement Agreement.

3. Attached hereto as Exhibit A is a true and correct copy of the termination letter served upon Class Counsel in accordance with the terms of the Settlement Agreement.

4. Groupon shall request the Claims Administrator to post information regarding the termination on the Settlement Website and to e-mail such information to those Settlement Class Members who provided an e-mail address to the Claims Administrator.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct. Executed on June 22, 2015, in San Diego, California.

_____
SHIRLI FABBRI WEISS