1  DLA PIPER LLP (US)
   SHIRLI F. WEISS (Bar No. 079225)
2  CHRISTOPHER M. YOUNG (Bar No. 163319)
   401 B Street, Suite 1700
3  San Diego, CA 92101-4297
   Tel: 619.699.2700
4  Fax: 619.699.2701
   shirli.weiss@dlapiper.com
5  christopher.young@dlapiper.com

6  Attorneys for Defendants

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 | In re GROUPON MARKETING | No. 3:11-md-02238-DMS-RBB
   | AND SALES PRACTICES    |
12 | LITIGATION             | **CERTIFICATE OF SERVICE**

13

...

28

DLA PIPER LLP (US)
SAN DIEGO

WEST\258980221.1

3:11-MD-02238 DMS (RBB)
CERTIFICATE OF SERVICE

I am a resident of the state of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 401 B Street, Suite 1700, San Diego, California 92101-4297. On June 22, 2015, I served the within document:

**NOTICE AND DECLARATION OF TERMINATION OF SETTLEMENT AGREMENT**

☑ by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice list.

☐ by transmitting via email the document(s) listed below to the email address(es) specified below before 5:00 p.m.

☐ by placing the document(s) listed below in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California, addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, and deposited with UPS Overnight at San Diego, California to the addressee(s) specified in Exhibit B hereto.

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on June 22, 2015, at San Diego, California.

_____
Emiko S. Gonzales

WEST\258980221.1

3:11-MD-02238 DMS (RBB)
CERTIFICATE OF SERVICE