1  ROBBINS GELLER RUDMAN
     & DOWD LLP
2  JOHN J. STOIA, JR. (141757)
   RACHEL L. JENSEN (211456)
3  PHONG L. TRAN (204961)
   655 West Broadway, Suite 1900
4  San Diego, CA  92101
   Telephone:  619/231-1058
5  619/231-7423 (fax)
   johns@rgrdlaw.com
6  rachelj@rgrdlaw.com
   ptran@rgrdlaw.com
7
   Class Counsel
8
   DLA PIPER LLP (US)
9  SHIRLI FABBRI WEISS
   CHRISTOPHER M. YOUNG
10 KATHERINE J. PAGE
   401 B Street, Suite 1700
11 San Diego, CA  92101-4297
   Telephone:  619/699-2700
12 619/699-2701 (fax)
   shirli.weiss@dlapiper.com
13 christopher.young@dlapiper.com
   katherine.page@dlapiper.com
14
   Counsel for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GROUPON MARKETING AND SALES PRACTICES LITIGATION | No. 3:11-md-02238-DMS-RBB<br><br>NOTICE OF MOTION AND JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>JUDGE: The Hon. Dana M. Sabraw<br>CTRM: 13A<br>DATE: October 9, 2015<br>TIME: 1:30 p.m. |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, on October 9, 2015, at 1:30 p.m., or as soon thereafter as the matter may be heard in the Courtroom 13A (13th Floor – Carter/Keep) of the above-entitled Court, located at 333 West Broadway, Suite 1310, San Diego, California 92101, plaintiffs Barrie Arliss, Nevin Booth, Julie Buckley, Ashley Christensen, Jason Cohen, Adam Dremak, William Eidenmuller, Anthony Ferreira, Sarah Gosling, Eli R. Johnson, Heather Kimel, Jeff Lawrie, Michael McPherson, Sarah Mehel, Nicholas Spencer, Eric Terrell, Carlos Vazquez, and Brian Zard ("Plaintiffs"), and defendants Groupon, Inc., Nordstrom Inc., Full Circle Farms, Inc., The Gap, Inc., Spa Blix, Inc., Whirly West Inc. d/b/a/ WhirlyBall, Fun Time, LLC d/b/a/ Wheel Fun Rentals, and YMCA of Metropolitan Washington ("Defendants") (collectively, the "Parties"), by and through their undersigned attorneys, will and hereby does jointly move this Court for an order:

1. Granting preliminary approval of the Parties' Stipulation of Class Action Settlement ("Settlement Agreement"), as reflected in the proposed preliminary approval order submitted herewith;

2. Granting conditional certification of the Settlement Class, pursuant to Rules 23(a) and (b)(3),[1] comprised of all Persons who purchased or received one or more Groupon Voucher for redemption at a Merchant (as defined in the Settlement Agreement) in the United States, from November 2008 until December 1, 2011;

3. Appointing Plaintiffs to serve as the Settlement Class Representatives;

4. Confirming the appointment of the firm of Robbins Geller Rudman & Dowd LLP as Class Counsel, pursuant to Rule 23(g);

5. Approving the Parties' proposed form and method of notice to Settlement Class Members ("Class Notice");

---

[1] All references to "Rules" are to the Federal Rules of Civil Procedure.

6. Establishing a schedule for distributing the Class Notice and for Settlement Class Members to submit claims, object to, request exclusion from the Settlement Class, or withdraw claims previously submitted under the 2012 Proposed Settlement Agreement;

7. Deeming claims previously submitted by Settlement Class Members pursuant to the 2012 Proposed Settlement Agreement to be submitted under this Settlement Agreement;

8. Appointing Rust Consulting, Inc. as the Claims Administrator; and

9. Setting a hearing for the final approval of the Settlement Agreement and Class Counsel's application for an award of attorneys' fees and expenses.

This joint motion is based on this notice; the accompanying memorandum of points and authorities in support thereof, the Settlement Agreement and exhibits thereto; the Declaration of Shirli F .Weiss in support thereof; the Declaration of John J. Stoia, Jr., in support thereof; the complete file and record in this Action; the argument of counsel; and such other and further evidence and argument as the Court may request or may be presented to the Court at the time of the hearing.

DATED: September 11, 2015         Respectfully submitted,

DLA PIPER LLP (US)
SHIRLI FABBRI WEISS
CHRISTOPHER M. YOUNG
KATHERINE J. PAGE

                                  s/ Shirli Fabbri Weiss
                                  SHIRLI FABBRI WEISS

401 B Street, Suite 1700
San Diego, CA  92101-4297
Telephone:  619/699-2700
619/699-2701 (fax)

Counsel for Defendants

| | |
|---|---|
| DATED: September 11, 2015 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>JOHN J. STOIA, JR.<br>RACHEL L. JENSEN<br>PHONG L. TRAN |

s/ John J. Stoia, Jr.

JOHN J. STOIA, JR.

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Class Counsel

## ECF CERTIFICATION

The filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to this document.

| | |
|---|---|
| Dated:  September 11, 2015 | By: s/ Shirli Fabbri Weiss<br>SHIRLI FABBRI WEISS |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28