ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR. (141757)
RACHEL L. JENSEN (211456)
PHONG L. TRAN (204961)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
johns@rgrdlaw.com
rachelj@rgrdlaw.com
ptran@rgrdlaw.com

Class Counsel

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GROUPON MARKETING AND SALES PRACTICES LITIGATION | No. 3:11-md-02238-DMS-RBB <br><br> DECLARATION OF JOHN J. STOIA, JR. IN SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT <br><br> JUDGE:  The Hon. Dana M. Sabraw <br> CTRM:   13A <br> DATE:   October 9, 2015 <br> TIME:   1:30 p.m. |

1072858_1

I, John J. Stoia, Jr., hereby declare as follows:

1. I, John J. Stoia, Jr., am an attorney duly licensed to practice before all the courts of the State of California and the Southern District of California. I serve as of counsel to the law firm of Robbins Geller Rudman & Dowd LLP ("Robbins Geller" or "Class Counsel"). I submit this declaration in support of the Parties' Joint Motion for Preliminary Approval of Class Action Settlement. I have personal knowledge of the matters stated herein and, if called upon, could and would competently testify thereto.

2. On June 24, 2011, the Court issued an Order (Dkt. No. 10) appointing Robbins Geller as Interim Class Counsel for the plaintiffs in the actions pending in the above-captioned MDL proceedings and subsequently appointed Robbins Geller as Class Counsel in conjunction with its order granting preliminary approval of the 2012 Proposed Settlement Agreement (Dkt. No. 42).

3. Following the Ninth Circuit remand, the Parties entered into renewed settlement discussions to determine whether the actions could be resolved in accordance with the Ninth Circuit's ruling. I participated in all of these settlement discussions. The arm's-length negotiations with Defendants' Counsel spanned more than four months, including multiple versions of the term sheet and the Stipulation of Class Action Settlement Agreement, and its exhibits ("Settlement Agreement"), and our efforts ultimately resulted in the executed Settlement Agreement between the Parties.

4. In this Settlement Agreement, Plaintiffs' Attorney's Fees and Expenses, as well as the Class Representative Awards, remain the same as the 2012 Proposed Settlement Agreement even though my firm has incurred substantial fees and expenses prosecuting these actions and negotiating the Settlement Agreement since December 2012.

5. Attached hereto as Exhibit 1 is a true and correct copy of the Settlement Agreement, and the exhibits thereto.

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct. Executed this 11th day of September,
3  2015, at San Diego, California.

         s/ John J. Stoia, Jr.
         JOHN J. STOIA, JR.