ROBBINS GELLER RUDMAN
 & DOWD LLP
JOHN J. STOIA, JR. (141757)
RACHEL L. JENSEN (211456)
PHONG L. TRAN (204961)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
johns@rgrdlaw.com
rachelj@rgrdlaw.com
ptran@rgrdlaw.com

Class Counsel

DLA PIPER LLP (US)
SHIRLI FABBRI WEISS
CHRISTOPHER M. YOUNG
KATHERINE J. PAGE
401 B Street, Suite 1700
San Diego, CA  92101-4297
Telephone:  619/699-2700
619/699-2701 (fax)
shirli.weiss@dlapiper.com
christopher.young@dlapiper.com
katherine.page@dlapiper.com

Counsel for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GROUPON MARKETING AND SALES PRACTICES LITIGATION | No. 3:11-md-02238-DMS-RBB<br>NOTICE OF MOTION AND JOINT MOTION FOR APPROVAL OF CLASS ACTION SETTLEMENT |
| | JUDGE:   The Hon. Dana M. Sabraw<br>CTRM:    13A<br>DATE:    February 26, 2016<br>TIME:    1:30 p.m. |

EAST\121060454.1

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, on February 26, 2016, at 1:30 p.m., or as soon thereafter as the matter may be heard in the Courtroom 13A (13th Floor – Carter/Keep Courthouse) of the Honorable Dana M. Sabraw, located at 333 West Broadway, Suite 1310, San Diego, California 92101, plaintiffs Barrie Arliss, Nevin Booth, Julie Buckley, Ashley Christensen, Jason Cohen, Adam Dremak, William Eidenmuller, Anthony Ferreira, Sarah Gosling, Eli R. Johnson, Heather Kimel, Jeff Lawrie, Michael McPherson, Sarah Mehel, Nicholas Spencer, Eric Terrell, Carlos Vazquez, and Brian Zard ("Plaintiffs"), and defendants Groupon, Inc., Nordstrom Inc., Full Circle Farms, Inc., The Gap, Inc., Whirly West Inc. d/b/a/ WhirlyBall, Fun Time, LLC d/b/a/ Wheel Fun Rentals, and YMCA of Metropolitan Washington ("Defendants") (collectively, the "Parties"), by and through their undersigned attorneys, will and hereby do jointly move this Court for an order that: grants approval of the Parties' Stipulation of Class Action Settlement ("Settlement Agreement"); and (2) Certifies the Settlement Class.

This joint motion is brought pursuant to Federal Rule of Civil Procedure 23(e) and is based on this notice; the accompanying memorandum of points and authorities in support thereof, the Declarations of attorneys Shirli Fabbri Weiss, Katherine J. Page, and of Norman Swett, Senior Project Manager for Rust Consulting, Inc., and the prior submitted Declaration of Rachel Jensen all in support thereof; the complete file and record in these Actions; the argument of counsel; and such other and further

/////
/////
/////
/////
/////
/////

1    evidence and argument as the Court may request or may be presented to the Court at

2    the time of the hearing.

3    DATED:  January 29, 2016                    Respectfully submitted,

4                                                                DLA PIPER LLP (US)
                                                                   SHIRLI FABBRI WEISS
5                                                                CHRISTOPHER M. YOUNG
                                                                   KATHERINE J. PAGE
6

7                                                                           s/ Shirli Fabbri Weiss

8                                                                    SHIRLI FABBRI WEISS

9                                                                401 B Street, Suite 1700
                                                                   San Diego, CA  92101-4297
10                                                               Telephone:  619/699-2700
                                                                   619/699-2701 (fax)
11

12                                                               Counsel for Defendants

13   DATED:  January 29, 2016                    ROBBINS GELLER RUDMAN
                                                                     & DOWD LLP
14                                                               JOHN J. STOIA, JR.
                                                                   RACHEL L. JENSEN
15                                                               PHONG L. TRAN

16                                                                          s/ John J. Stoia, Jr.

17                                                                     JOHN J. STOIA, JR.

18                                                               655 West Broadway, Suite 1900
                                                                   San Diego, CA  92101
19                                                               Telephone:  619/231-1058
                                                                   619/231-7423 (fax)
20

21                                                               Class Counsel

22

23

24

25

26

27

28

**ECF CERTIFICATION**

The filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated:  January 29, 2016                    By:_____s/ Shirli Fabbri Weiss_____
                                                          SHIRLI FABBRI WEISS