# EXHIBIT 1

| Sequence | Name |
| --- | --- |
| 1 | LORI HANLAN THOMPSON |
| 2 | ROXANNE KUNZ |
| 3 | JUDITH WARD |
| 4 | DENNIS CHRISTEN |
| 5 | JUDITH K GUSTAFSON |
| 6 | LGDUIE@AOL.COM |
| 7 | KATIE BJORKLUND |
| 8 | LORNA TEMLETT |
| 9 | LARRY N DEUTSCH |
| 10 | KARYN HARPER |
| 11 | DON NURGE |
| 12 | JIM EWEN |
| 13 | KRISTIN PARTAIN |
| 14 | NANCY ROHDE |
| 15 | KIMBERLY WIEDEMEIER |
| 16 | KIMBERLY DIDOMENICANTONIO |
| 17 | JOSEPH TERRY |
| 18 | ALETTA JOCIUS |
| 19 | LANA OKEEFE |
| 20 | LINDSAY MILLIGAN |
| 21 | LORI WHITE |
| 22 | MARY MULTHAUF |
| 23 | LINDA BAGGUS |
| 24 | MARGARET SNYDER |
| 25 | EMILY HARTMAN |
| 26 | LANNY ROTT |
| 27 | JOHN REEHER |
| 28 | NEVA ADAMS |
| 29 | JAY BARBAROSSA |
| 30 | LYNDA RICHARD |
| 31 | CAROL METTS |
| 32 | MONITE VERGEL DEDIOS |
| 33 | ELIZABETH BRENNAN |
| 34 | NOEL MCKEON |
| 35 | KAREN RUST |
| 36 | DEVIN HYDEN |
| 37 | DENISE & JEFF THOMAS |
| 38 | ALEXIS FARRER |
| 39 | AMANDA ONEAL |
| 40 | MYRA SUTIN |
| 41 | LUCAS GONZALEZ |
| 42 | CHANELLE HOLLOMAN |
| 43 | TARA NOONAN |
| 44 | HDUMAS@INEBRASKA.COM |
| 45 | DEANNA HUDDLESTON |
| 46 | ARLEE JOHNSON |

| Sequence | Name |
|---|---|
| 47 | DENNIS BORTKO |
| 48 | DENIZ |
| 49 | CONNIE GILLILAND |
| 50 | NICK ROSE |
| 51 | CHRISTINE CARLSON |
| 52 | JOSHUA HICKS |
| 53 | LINDY FULLERTON |
| 54 | NANCY MCISAAC |
| 55 | LEAH S STENCIL |
| 56 | EMI BENN |
| 57 | LORI MARKLEY |
| 58 | JOSE TEIXEIRA |
| 59 | GUNDERSON |
| 60 | NORMAN RACINE |
| 61 | BONNIE ALEXANDER |
| 62 | TIMOTHY A SCHUTT |
| 63 | PENNY BROWN |
| 64 | SUSAN CARTER |
| 65 | SEEMA BAINS |
| 66 | TIM HUFF |
| 67 | SUSAN GARMAN |
| 68 | NORIKO YAMAUCHI |
| 69 | SUSAN CALLIHAN |
| 70 | GENNY CORY |
| 71 | GINGER TINSLEY |
| 72 | STACIE FITZPATRICK |
| 73 | SHAWN OROURKE |
| 74 | TINA BURNELL |
| 75 | JENNIFER SHERRY |
| 76 | CYNTHIA WEAVER |
| 77 | RENA PERSON |
| 78 | RHONDA GREEN |
| 79 | PHIL FRANCIS |
| 80 | LINH PANG |
| 81 | RUTH PENNER |
| 82 | VICKI SIMPSON |
| 83 | HELENE SCHEFF |
| 84 | LINDA PRANCKUS |
| 85 | NADINE MATTHIE |
| 86 | MIKE CRUMLEY |
| 87 | DANIELLE JENKINS |
| 88 | MICHELLE BRANNON |
| 89 | KRISTIN MILLER |
| 90 | CAROL OTT |
| 91 | MATTHEW FRIEDERICH |
| 92 | MATTHEW WOOTEN |

| Sequence | Name |
|---|---|
| 93 | SUSAN BROOKS |
| 94 | ALBERT RYCKMAN |
| 95 | MARCI HELD |
| 96 | SHARON ZOLAN |
| 97 | SHARYN GASTON |
| 98 | CORY FULFORD |
| 99 | HOWARD GALE |
| 100 | RICK HENDRICKS |
| 101 | MEREDITH HORWITZ |
| 102 | VERNA UNG |
| 103 | ADAM J GOTTLIEB |
| 104 | IKE JABLON |
| 105 | REBECCA |
| 106 | GARY ASPELIN |
| 107 | SHIRLEY BOND |
| 108 | LSLOVELL@GMAIL.COM |
| 109 | GRICELDA JAMES |
| 110 | ALMA D |
| 111 | DAN GAVILLET |
| 112 | LA SAEPHANH |
| 113 | REBECCA STEVENSON |
| 114 | ALEX FOOTE |
| 115 | MARGARET ZOBRIST |
| 116 | TRACEY BIEGERT |
| 117 | JENNIFER HILGARDNER |
| 118 | JENNIFER F WHITE |
| 119 | ROBERT DICKINSON |
| 120 | ANKITA MISHRA |
| 121 | CLARA GABRIEL |
| 122 | JENNY BROTHWELL |
| 123 | SHERI WILKIN |
| 124 | HOLLY BALLARD |
| 125 | MICHELLE MORRIS |
| 126 | SARAH PETERS KERNAN |
| 127 | BRIAN PENDLETON |
| 128 | SHANE ANDREASEN |
| 129 | KIM BA |
| 130 | DANIELLE P PAULSEN |
| 131 | EVA HORTSCH |
| 132 | HEESEON KO |
| 133 | MINDY AUNKST |
| 134 | SUNISA PRATEEPWATTANAWIT |
| 135 | LYNN STARNER |
| 136 | JOANNIE CO |
| 137 | JUSTIN SOO HOO |
| 138 | JULIE S BUSH |

| Sequence | Name |
|---|---|
| 139 | KIMBERLY POLLARD |
| 140 | CRISTINA BEWLEY |
| 141 | EUNKYUNG KIM SHIN |
| 142 | CAROLYN R SANCHEZ |
| 143 | CELIA M WEBER |
| 144 | STEPHEN AUERBACH |
| 145 | JONATHAN SATO |
| 146 | KEVIN D FICHTER |
| 147 | ROSEMARY GAUVREAU |
| 148 | MELISSA DOMAN |
| 149 | RICHELLE M PUAHALA |
| 150 | JEFF JOHNSON |
| 151 | CHRISTINA HAHN |
| 152 | GERALD R SKALETZKY |
| 153 | CHUCK PICCIRILLO |
| 154 | HEATHER WILKER |
| 155 | AMY KIRIHARA HENDRICKS |
| 156 | SANDY BIDINGER |
| 157 | RON QUARTEL |
| 158 | RON QUARTEL |
| 159 | TINA BAUMANN |
| 160 | CAROLE F KAGAN |
| 161 | KARIN COTTLE |
| 162 | ROBERT RADFORD |
| 163 | FRANK CAVANAUGH |
| 164 | SEAN S MAGUIRE |
| 165 | THERESA MAUS |
| 166 | TAMMY DENNIS |
| 167 | RISHI CHOPRA |
| 168 | KIMBERLY M BIERWIRTH |
| 169 | KRISTEN M FRITZ |
| 170 | JUNE CHUNG |
| 171 | JILIAN CHAPMAN |
| 172 | MARILYN GOODELL |
| 173 | ALICE KOWALSKI |
| 174 | MAI TRAC |
| 175 | ANDREW KLOSTER |
| 176 | RICHARD FERTAL II |
| 177 | ANGELA BRUNO |
| 178 | K MCGRAW |
| 179 | LORI SPRAGUE |
| 180 | KAMLA C BRANCHE |
| 181 | AMY FREDERICO |
| 182 | CATHERINE BRAASCH |
| 183 | CAITLIN HAWEKOTTE |
| 184 | BRIANNA ADAMS |

| Sequence | Name |
|---|---|
| 185 | BOB WALTERS |
| 186 | CHERYL WHITHAM |
| 187 | CL TREE |
| 188 | CAROL GLOVER |
| 189 | ANNE LANGSETH |
| 190 | CHERYL FANTASIA |
| 191 | CATHERINE DUGGAN |
| 192 | JOHNSON, CHRIS |
| 193 | BONNIE INGRAM |
| 194 | ROBIN AZERSKY |
| 195 | DEBORAH BOLSER |
| 196 | BROOKE RUDAS |
| 197 | DOMINIQUE SASKIW |
| 198 | NICOLLE MASUCCI |
| 199 | LINDA HIGGINS |
| 200 | LOUISE MACDONALD |
| 201 | SHAUN SPIVEY |
| 202 | CYNTHIA MAHLBERG |
| 203 | DEBRA BAKER |
| 204 | KARI HOOVER |
| 205 | DAYLA STOERZBACH |
| 206 | GEORGE A KOLLER |
| 207 | ELLEN WING |
| 208 | ANDREW PROUT |
| 209 | ERIN C |
| 210 | ALISA DODDS |
| 211 | CHRISTIE CORBIN |
| 212 | BORIS SUVOROV |
| 213 | JANICE HOLCOMB |
| 214 | FLORENCE WILTON |
| 215 | ANNETTE HOWELL |
| 216 | JAIME H CHAVEZ |
| 217 | SHELLIE KASULAS |
| 218 | DEREK M TANG |
| 219 | CHERYL COLEMAN MAHONEY |
| 220 | TRACI BUE |
| 221 | TOBY MESSRIE |
| 222 | ROSE SWETERLITSCH |
| 223 | WENDY OWANO |
| 224 | CAROLYN R SANCHEZ |
| 225 | INGRID HAMM |
| 226 | WAJAK@AOL.COM |
| 227 | MILLIE |
| 228 | KATE PIERSON |
| 229 | JUNE LAI |
| 230 | GUY LINDELOW |

| Sequence | Name |
|---|---|
| 231 | MARK DENIO |
| 232 | ERIN ONEAL |
| 233 | LAWRENCE BERK |
| 234 | YVONNE ARNOWITZ |
| 235 | NORMA DOUCETTE |
| 236 | CHRISTY STAVELY |
| 237 | JOAN R GROTTEMAAT |
| 238 | NANCY PIPER |
| 239 | YASMIN GIAIMO FLETCHER |
| 240 | SHAR BOEREMA |
| 241 | RICHARD ROSS |
| 242 | TIFF SMITH |
| 243 | K HENDRICKSON |
| 244 | BILL PRICE |
| 245 | ZANDRA KARANIEWSKY |
| 246 | ROGER L GIVENS |
| 247 | VINCENT BONGIOANNI |
| 248 | K DEBRUHL |
| 249 | JANET DONAHUE |
| 250 | STEPHANIE YAGGY LAVERY |
| 251 | SHEILA HAMILTON |
| 252 | GILDA CORTEZ |
| 253 | LEAN MCCORMICK |
| 254 | JASON HAHN |
| 255 | J WENZEL |
| 256 | SHENETTE PREVO |
| 257 | JOANNE WILLIAMS |
| 258 | ALISON DOLAN |
| 259 | STACEY SWANSON |
| 260 | MARCEL QUENNEVILLE |
| 261 | CLAUDIA M FITZGERALD |
| 262 | NIKKI RIECK |
| 263 | JACKIE MAURO |
| 264 | MARGARET S GUNDERSON |
| 265 | JOHN LAI |
| 266 | TERRI BLANCO |
| 267 | ERIC SAWYER |
| 268 | BOB & SHARON BAXTER |
| 269 | LANCE SERBIN |
| 270 | RAJ BABA |
| 271 | ROBERTO MELENDEZ |
| 272 | STEVEN KISHI |
| 273 | SUSAN COTE |
| 274 | RICHARD L BERRY |
| 275 | JOHN MHOON |
| 276 | RUTH SCHEFTER |

| Sequence | Name |
|---|---|
| 277 | NICHOLAS WALKER |
| 278 | KAREN SMITH |
| 279 | NINA PETTEYS |
| 280 | SARA SHERIDAN |
| 281 | ROBERT PRUNCHAK |
| 282 | KARA KLEM |
| 283 | KARLA KUTSCH |
| 284 | JOAN DUNN |
| 285 | JOHN SHELTON REED |
| 286 | DAVE GOODHUE |
| 287 | HEIDI HWANG |
| 288 | TZIPORAH PENDLETON |
| 289 | ANTHONY PERROTTA |
| 290 | HELENKA STONE |
| 291 | PAM FERCH |
| 292 | JIM |
| 293 | CORENNA HOYT |
| 294 | RANIA ALAM |
| 295 | WILLIS JOHNSON |
| 296 | KRISTIN RING |
| 297 | GINA DITTMER |
| 298 | LAURA GIRALDO |
| 299 | AMANDA BAKER BUCHANNAN |
| 300 | JOE SCHMIDT |
| 301 | COREN MARK SEGLEM |
| 302 | TRICIA HARRISON |
| 303 | KARA A PETERSON |
| 304 | KARA A PETERSON |
| 305 | KARA A PETERSON |
| 306 | KARA A PETERSON |
| 307 | KARA A PETERSON |
| 308 | KAY COOK |
| 309 | DOMINIC VERGATA |
| 310 | ELIZABETH A PIERCE |
| 311 | MARLENE PRIMUTH |