NAME AND ADDRESS OF ATTORNEY

Matthew Kurilich
17321 Irvine BLVD, Suite 115
Tustin, CA 92780

PHONE: (714) 248-6023

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE   Dana M. Sabraw                    COURT REPORTER   Lee Ann Pence

Caroline Tucker,

CIVIL NO.   3:11-md-02238-DMS-RBB

(Appellant/Appellee)   Plaintiff

vs

In re Groupon Marketing and Sales Practices Litigation                    NOTICE OF APPEAL   (Civil)

(Appellant/Appellee)   Defendant

Notice is hereby given that   Caroline Tucker

✗   Plaintiff   _____ Defendant above named, hereby appeals to the United States Court of Appeals for the:   (check appropriate box)

✗   Ninth Circuit                    _____ Federal Circuit

from the:   (check appropriate box)

✗   Final Judgment                    _____ Order (describe)

entered in this proceeding on the   23   day of   March   , 20 16 .
Transcripts required   ✗   Yes         No.
Date civil complaint filed:   6/2/11   .

Date: 4/22/16                              /s/Matthew Kurilich
                                           Signature

::ODMA\PCDOCS\WORDPERFECT\17861\1 May 5, 1999 (10:03am)