

FEB 14 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re:  GROUPON MARKETING AND SALES PRACTICES LITIGATION, <br><br>-------------------------------<br><br>ANTHONY FERREIRA; et al.,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>PADRAIGIN BROWNE,<br><br>        Objector-Appellant,<br><br> v.<br><br>GROUPON, INC.; et al.,<br><br>        Defendants-Appellees. | No.   16-55615<br><br>D.C. No. 3:11-md-02238-DMS-RBB<br>Southern District of California, San Diego<br><br>ORDER |

Before:  WARDLAW and GOULD, Circuit Judges, and PIERSOL,[*] District Judge.

Pursuant to the stipulation of the parties (Docket Entry No. 40), this appeal is voluntarily dismissed.  Fed. R. App. P. 42(b).

A copy of this order shall serve as and for the mandate of this court.

---

     [*]     The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota, sitting by designation.